JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
NICOLA T. HANNA
United States Attorney
DEBRA D. FOWLER VSB #30574
Debra.Fowler@usdoj.gov
Senior Aviation Counsel
ALAN D. MATTIONI PA #64259
Senior Aviation Counsel
Alan.Mattioni@usdoj.gov
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC 20044-4271
Phone: (202) 616-4025
Fax: (202) 616-4002
Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BRYANT, Individually, and as Successor in Interest to KOBE BRYANT, Deceased; VANESSA BRYANT, as Successor in Interest to GB, a minor, deceased; NB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; BB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; and CB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT;<br><br>Plaintiffs,<br><br>vs. | Case No.: 2:20-8953 ODW PVC<br><br>**DECLARATION OF DEBRA D. FOWLER IN SUPPORT OF STIPULATION TO EXTEND TIME FOR THE UNITED STATES TO RESPOND TO THIRD-PARTY COMPLAINT** |

1

| | |
|---|---|
| ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; ISLAND EXPRESS HOLDING CORP., a California Corporation; and DOE 1, as Personal representative of and/or Successor in Interest to ARA GEORGE ZOBAYAN, a California resident, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; and ISLAND EXPRESS HOLDING CORP., a California Corporation, | ) ) ) ) ) |
| Cross-Complainants, | ) ) |
| vs. | ) ) |
| KYLE LARSEN, Individually; MATTHEW CONLEY, individually; and ROES 1 through 50, | ) ) ) ) |
| Cross-Defendants. | ) |

1. I am a Senior Aviation Counsel with the United States Department of Justice assigned to this matter. I have personal knowledge of the information set forth below, except for those that are stated upon information and belief. As to those matters, I believe them to be true.

2. This case arises out of the crash of a Sikorsky helicopter, registration number N72EX, on January 26, 2020 near Calabasas, California. The pilot and his

2

eight passengers were killed in the crash.  As a result of the crash, Plaintiffs brought suit in the Superior Court for the County of Los Angeles naming Island Express Helicopters, Inc., and Island Express Holding Corp. (collectively referred to hereafter as "IEX"), and the Estate of Ara George Zobayan as defendants.  A copy of Plaintiffs' First Amended Complaint is attached to the United States' Notice of Removal as Exhibit C.  DE 1, Attachment #3.  Upon information and belief, a conformed copy of that First Amended Complaint was also entered into this Court's docket on September 30, 2020.

      3.     Subsequently, IEX filed a cross-complaint naming two individual air traffic control employees of the Federal Aviation Administration as cross-defendants.  A copy of the cross-complaint is attached to the United States' Notice of Removal as Exhibits B and G.  DE 1, Attachments #2 and #7.  Upon information and belief, a conformed copy of the cross-claim was entered into this Court's docket on September 30, 2020.  The two air traffic controllers were served with the cross-complaint on September 1 and 2.  Proof of Service on each federal employee is attached to the United States' Notice of Removal as Exhibits K and L.  DE 1, Attachments #11 and #12.  Upon information and belief, a conformed copy of the Proof of Service made upon each of the controllers was entered into this Court's docket on September 30, 2020.

      4.     On September 30, 2020, the United States filed a Notice of Removal

3

pursuant to 28 U.S.C. §§ 1442, 1446 and 2679(d)(2), removing the action and substituting itself for the two federal employees.  DE 1 and 4.

5. Upon information and belief, the two air traffic control employees did not file an answer or otherwise respond to the cross-complaints prior to the removal.  As such, pursuant to Rule 81 of the Federal Rules of Civil Procedure, the United States has seven days from the date of filing of the Notice of Removal, until October 7, 2020, to answer or otherwise respond to the third-party complaint of IEX.  Fed. R. Civ. Pro. 81(c)(2)(C).  The United States would normally have 60 days from date of service to respond to a third-party complaint.  Fed. R. Civ. Pro. 12(a)(2) and 14(a)(2)(A).

6. This matter involves technical issues relating to piloting, air traffic control, weather and physiology, as well as jurisdictional questions.  As such, the United States requests an additional 12 days to properly prepare its defenses and objections to the third-party complaint.

7. I have contacted counsel for all parties, either via telephone or electronic mail correspondence, regarding the United States' request for an extension of time to answer or otherwise respond to the third-party complaint and none object to a 12 day extension, until October 19, 2020, for the United States to file its answer or response.

8. No prior requests for an extension of time have been requested in this

matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 3, 2020

                                        */s/ Debra D. Fowler*
                                        Debra D. Fowler

# CERTIFICATE OF SERVICE

I, Debra D. Fowler, hereby certify that a copy of the foregoing Declaration of Debra D. Fowler in Support of the Stipulation to Extend Time was served upon each of the following by electronic mail in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure on October 3, 2020:

Brad D. Brian, Esquire
Luis Li, Esquire
MUNGER TOLLES & OLSEN LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
(213) 683-9100
brad.brian@mto.com
luis.li@mto.com

Gary C. Robb, Esquire
Anita Porte Robb, Esquire
ROBB & ROBB LLC
One Kansas City Place, Suite 3900
1200 Main Street
Kansas City, MO 64105
(816) 474-8080
gcr@robbrobb.com
apr@robbrobb.com
*Attorneys for Plaintiffs, Vanessa Bryant, et al.*

and

Ross Cunningham, Esquire
Don Swaim, Esquire
D. Todd Parrish, Esquire
CUNNINGHAM SWAIM, LLP
4015 Main Street, Suite 200
Dallas, Texas  75226
(214) 646-1495
rcunningham@cunninghamswaim.com

6

dswaim@cunninghamswaim.com
tparrish@cunninghamswaim.com

Michael J. Terhar, Esquire
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California  91101
(626) 765-3000
mterhar@cunninghamswaim.com

Todd Worthe, Esquire
WORTH HANSON & WORTHE
1851 E. First Street, 9th Floor
Santa Ana, CA 92705
(714) 285-9600
tworthe@whwlawcorp.com
*Attorneys for Defendants/Third-Party Plaintiffs Island Express Helicopters, Inc. and Island Express Holding Corp.*

and

Arthur I. Willner, Esquire
LEADER BERKON COLAO & SILVERSTEIN LLP
660 South Figueroa Street, Suite 1150
Los Angeles, CA 90017
(213) 234-1750
awillner@leaderberkon.com

Raymond L. Mariani, Esquire
LEADER BERKON COLAO & SILVERSTEIN LLP
630 Third Avenue, Floor 17
New York, NY 10017
(212) 486-2400
rmariani@leaderberkon.com
*Attorneys for Defendant Berge Zobayan
as Successor in Interest for Ara George Zobayan*

/s/ *Debra D. Fowler*
Attorney for United States of America

7

Declaration of Debra D. Fowler         Case No. 2:20-08953 ODW PVC