JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
NICOLA T. HANNA
United States Attorney
DEBRA D. FOWLER VSB #30574
Debra.Fowler@usdoj.gov
Senior Aviation Counsel
Alan D. Mattioni PA #64259
Senior Aviation Counsel
Alan.Mattioni@usdoj.gov
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC 20044-4271
Phone: (202) 616-4025
Fax: (202) 616-4002

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BRYANT, Individually, and as Successor in Interest to KOBE BRYANT, Deceased; VANESSA BRYANT, as Successor in Interest to GB, a minor, deceased; NB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; BB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; and CB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT;<br><br>Plaintiffs,<br><br>vs. | Case No. 2:20-cv-08953 ODW (PVCx)<br><br>**NOTICE OF LOGING [PROPOSED] ORDER CORRECTING CAPTION**<br><br>[28 U.S.C. § 2679(d)(1)]<br><br>Honorable Otis D. Wright II |

1

|   |   |
|---|---|
| ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; ISLAND EXPRESS HOLDING CORP., a California Corporation; and DOE 1, as Personal representative of and/or Successor in Interest to ARA GEORGE ZOBAYAN, a California resident, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; and ISLAND EXPRESS HOLDING CORP., a California Corporation, | ) ) ) ) ) |
| Cross-Complainants, | ) ) |
| vs. | ) ) |
| KYLE LARSEN, Individually; MATTHEW CONLEY, individually; and ROES 1 through 50, | ) ) ) ) |
| Cross-Defendants. | |

The United States hereby submits this Notice of Lodging and attached [Proposed] Order to correct the caption of this matter to reflect the substitution of the United States pursuant to the Notice of Substitution ECF No. 4.

Dated: October 19, 2020

                                            Respectfully submitted,

                                            JEFFREY BOSSERT CLARK
                                            Acting Assistant Attorney General
                                            Civil Division

NICOLA T. HANNA
United States Attorney

*/s/ Debra D. Fowler*
DEBRA D.FOWLER
Senior Aviation Counsel
Debra.Fowler@usdoj.gov
ALAN D. MATTIONI
Senior Aviation Counsel
Alan.Mattioni@usdoj.gov
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC 20044-4271
Tel: (202) 616-4025
Fax: (202) 616-4002

Attorneys for United States

# **CERTIFICATE OF SERVICE**

I, Debra D. Fowler, hereby certify that a copy of the foregoing Notice of Lodging Proposed Order Correcting Caption was served upon each of the following by CM/ECF and electronic mail in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure on October 19, 2020:

Brad D. Brian, Esquire
Luis Li, Esquire
MUNGER TOLLES & OLSEN LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
(213) 683-9100
brad.brian@mto.com
luis.li@mto.com

Gary C. Robb, Esquire
Anita Porte Robb, Esquire
ROBB & ROBB LLC
One Kansas City Place, Suite 3900
1200 Main Street
Kansas City, MO 64105
gcr@robbrobb.com
apr@robbrobb.com
*Attorneys for Plaintiffs, Vanessa Bryant, et al.*

and

Ross Cunningham, Esquire
Don Swaim, Esquire
D. Todd Parrish, Esquire
CUNNINGHAM SWAIM, LLP
4015 Main Street, Suite 200
Dallas, Texas 75226
(214) 646-1495
rcunningham@cunninghamswaim.com
dswaim@cunninghamswaim.com

tparrish@cunninghamswaim.com

Michael J. Terhar, Esquire
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California  91101
(626) 765-3000
mterhar@cunninghamswaim.com

Todd Worthe, Esquire
WORTH HANSON & WORTHE
1851 E. First Street, 9th Floor
Santa Ana, CA 92705
(714) 285-9600
tworthe@whwlawcorp.com
*Attorneys for Defendants Island Express Helicopters, Inc.
and Island Express Holding Corp.*

and

Arthur I. Willner, Esquire
LEADER BERKON COLAO & SILVERSTEIN LLP
660 South Figueroa Street, Suite 1150
Los Angeles, CA 90017
(213) 234-1750
awillner@leaderberkon.com

Raymond L. Mariani, Esquire
LEADER BERKON COLAO & SILVERSTEIN LLP
630 Third Avenue, Floor 17
New York, NY 10017
(212) 486-2400
rmariani@leaderberkon.com
*Attorneys for Defendant Berge Zobayan
as Successor in Interest for Ara George Zobayan*

/s/ *Debra D. Fowler*
Attorney for United States of America