JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
NICOLA T. HANNA
United States Attorney
DEBRA D. FOWLER VSB #30574
Debra.Fowler@usdoj.gov
Senior Aviation Counsel
Alan D. Mattioni PA #64259
Senior Aviation Counsel
Alan.Mattioni@usdoj.gov
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC 20044-4271
Phone: (202) 616-4025
Fax: (202) 616-4002

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BRYANT, Individually, and as Successor in Interest to KOBE BRYANT, Deceased; VANESSA BRYANT, as Successor in Interest to GB, a minor, deceased; NB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; BB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; and CB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT;<br><br>    Plaintiffs,<br><br>vs. | Case No. 2:20-cv-08953 ODW (PVCx)<br><br>UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM IN SUPPORT; [PROPOSED] ORDER THEREFOR<br><br>[Fed. R. Civ. Pro. 12(b)(1), 12(h)(3)]<br><br>Hearing Date:  Nov. 23, 2020<br>Hearing Time: 1:30 p.m.<br>Location:    Courtroom 5D<br>              United States Courthouse<br>              350 West First Street<br>              Los Angeles, CA 90012<br><br>Honorable Otis D. Wright II |

1

| | |
|---|---|
| ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; ISLAND EXPRESS HOLDING CORP., a California Corporation; and DOE 1, as Personal representative of and/or Successor in Interest to ARA GEORGE ZOBAYAN, a California resident, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; and ISLAND EXPRESS HOLDING CORP., a California Corporation, | ) ) ) ) ) |
| Cross-Complainants, | ) ) |
| vs. | ) ) |
| KYLE LARSEN, Individually; MATTHEW CONLEY, individually; and ROES 1 through 50, | ) ) ) ) |
| Cross-Defendants. | ) |

## NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE that, on November 23, 2020 at 1:30 p.m., or as soon thereafter as counsel may be heard before the Honorable Otis D. Wright II, United States District Judge, in Courtroom 5D of the United States Courthouse located at 350 West First Street, Los Angeles, California 90012, Third-Party Defendant United States of America will, and hereby does, move this Court for an

order under Federal Rule 12(b)(1) and 12(h)(3) dismissing the Third-Party Complaint of Island Helicopters, Inc. and Island Express Holding Corp. (hereafter collectively referred to as "IEX") for lack of subject matter jurisdiction.

The motion should be granted because the state court in which IEX initiated its Third-Party complaint lacked jurisdiction over IEX's tort claim based upon the alleged negligence of two federal employees that were admittedly acting within the course and scope of their employment as Federal Aviation Administration ("FAA") Air Traffic Controllers.  Under the doctrine of derivative jurisdiction, this Court did not acquire subject matter jurisdiction when the action was removed pursuant to 28 U.S.C. § 1442(a)(1).  Additionally, IEX seeks declaratory relief not available in a tort action against the United States and the Third-Party complaint should be dismissed for that reason as well.

This Motion is based upon this Notice and the accompanying Memorandum of Points and Authorities, all documents on file with the Court in this matter, and such oral argument as may be presented at the hearing of this Motion.

This Motion is made following the conference of counsel required by Local Rule 7.3.  By letter dated September 16, 2020, the United States advised counsel for IEX that it would remove the matter to federal court and seek dismissal if the Third-Party complaint (then referred to as a Cross-Complaint) was not withdrawn.  The issue was again raised telephonically between the undersigned counsel and

counsel for IEX on October 13, 2020. Counsel for IEX indicated they would

oppose the Motion.

Dated: October 19, 2020

                Respectfully submitted,

                JEFFREY BOSSERT CLARK
                Acting Assistant Attorney General
                Civil Division

                NICOLA T. HANNA
                United States Attorney
                */s/ Debra D. Fowler*
                DEBRA D.FOWLER
                Senior Aviation Counsel
                Debra.Fowler@usdoj.gov
                ALAN D. MATTIONI
                Senior Aviation Counsel
                Alan.Mattioni@usdoj.gov
                Torts Branch, Civil Division
                U.S. Department of Justice
                Post Office Box 14271
                Washington, DC 20044-4271
                Tel: (202) 616-4025
                Fax: (202) 616-4002

                Attorneys for United States

# CERTIFICATE OF SERVICE

I, Debra D. Fowler, hereby certify that a copy of the United States' Notice of Motion and Motion to Dismiss, Memorandum in Support and Proposed Order therefor was electronically filed with the Clerk of the Court using CM/ECF on October 19, 2020. I further certify that said document was served upon each of the following via transmission of Notices of Electronic Filing generated by CM/ECF and/or electronic mail:

Brad D. Brian, Esquire
Luis Li, Esquire
MUNGER TOLLES & OLSEN LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
(213) 683-9100
brad.brian@mto.com
luis.li@mto.com

Gary C. Robb, Esquire
Anita Porte Robb, Esquire
ROBB & ROBB LLC
One Kansas City Place, Suite 3900
1200 Main Street
Kansas City, MO 64105
gcr@robbrobb.com
apr@robbrobb.com
*Attorneys for Plaintiffs, Vanessa Bryant, et al.*

and

Ross Cunningham, Esquire
Don Swaim, Esquire
D. Todd Parrish, Esquire

5

United States' Notice of Motion and Motion to Dismiss     2:20-cv-8953 ODW (PVCx)

CUNNINGHAM SWAIM, LLP
4015 Main Street, Suite 200
Dallas, Texas 75226
(214) 646-1495
rcunningham@cunninghamswaim.com
dswaim@cunninghamswaim.com
tparrish@cunninghamswaim.com

Michael J. Terhar, Esquire
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California 91101
(626) 765-3000
mterhar@cunninghamswaim.com

Todd Worthe, Esquire
WORTH HANSON & WORTHE
1851 E. First Street, 9th Floor
Santa Ana, CA 92705
(714) 285-9600
tworthe@whwlawcorp.com

*Attorneys for Defendants Island Express Helicopters, Inc. and Island Express Holding Corp.*

and

Arthur I. Willner, Esquire
LEADER BERKON COLAO & SILVERSTEIN LLP
660 South Figueroa Street, Suite 1150
Los Angeles, CA 90017
(213) 234-1750
awillner@leaderberkon.com

Raymond L. Mariani, Esquire
LEADER BERKON COLAO & SILVERSTEIN LLP
630 Third Avenue, Floor 17
New York, NY 10017

(212) 486-2400
rmariani@leaderberkon.com
*Attorneys for Defendant Berge Zobayan*
*as Successor in Interest for Ara George Zobayan*

<u>/s/ *Debra D. Fowler*</u>
Attorney for United States of America