GARY C. ROBB (*pro hac vice*)
gcr@robbrobb.com
ANITA PORTE ROBB (*pro hac vice*)
apr@robbrobb.com
ANDREW C. ROBB (*pro hac vice*)
acr@robbrobb.com
BRITTANY SANDERS ROBB (*pro hac vice*)
bsr@robbrobb.com
ROBB & ROBB LLC
1200 Main Street, Suite 3900
Kansas City, Missouri 64105
Telephone: (816) 474-8080
Facsimile: (816) 474-8081

BRAD D. BRIAN (State Bar No. 79001)
brad.brian@mto.com
LUIS LI (State Bar No. 156081)
Luis.li@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA BRYANT, individually and as Successor in Interest to KOBE BRYANT, Deceased; VANESSA BRYANT as Successor in Interest to GB, a minor, deceased; NB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; BB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; and CB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT,<br><br>Plaintiffs,<br><br>vs. | Case No. 2:20-cv-08953 ODW (PVCx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; [PROPOSED] ORDER**<br><br><u>Hearing Date</u>: Nov. 23, 2020<br><u>Hearing Time</u>: 1:30 p.m.<br><u>Location</u>: Courtroom 5D<br>United States Courthouse<br>350 West First Street<br>Los Angeles, CA 90012<br><br>Honorable Otis D. Wright II |

|  |  |
|---|---|
| 1<br>2<br>3<br>4<br>5 | ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; ISLAND EXPRESS HOLDING CORP., a California Corporation; and BERGE ZOBAYAN as Personal Representative of and/or Successor in Interest to ARA GEORGE ZOBAYAN, a California Resident, |
| 6 | Defendants. |
| 7 | _____ |
| 8<br>9<br>10 | ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; ISLAND EXPRESS HOLDING CORP., a California Corporation, |
| 11 | Third-Party Plaintiffs, |
| 12 | vs. |
| 13<br>14 | UNITED STATES OF AMERICA; and ROES 1 through 50, |
| 15 | Third-Party Defendants. |

## NOTICE OF MOTION AND MOTION TO REMAND

PLEASE TAKE NOTICE that on November 23, 2020, at 1:30p.m., or as soon thereafter as the matter may be heard before the Honorable Otis D. Wright II, United States District Judge, in Courtroom 5D of the United States District Courthouse located at 350 West First Street, Los Angeles, California 90012, Plaintiffs Vanessa Bryant, individually, and as Successor in Interest to Kobe Bryant, GB (a minor), and her surviving minor children, NB (a minor), BB (a minor), and CB (a minor) (together "Plaintiffs"), will, and hereby do, move this Court to remand this action to the Superior Court of the State of California, Los Angeles County.

Plaintiffs' Motion to Remand should be granted because the United States' Motion to Dismiss should be granted. The United States has filed a Motion to Dismiss the Cross-Complaint of Island Express Helicopters, Inc., and Island Express Holding Corp. (together, "IEX"). *See* ECF No. 34. The Government's Motion correctly articulates that pursuant to the doctrine of derivative jurisdiction, IEX's Cross-Complaint must be dismissed. After IEX's Cross-Complaint is dismissed, 28 U.S.C. § 1447(c) requires this Court to remand Plaintiffs' remaining claims to Los Angeles Superior Court. The Cross-Complaint provides the only basis for federal subject matter jurisdiction in this case, and once it is dismissed, Plaintiffs' remaining claims sound only in state-law tort.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, all documents on file with the Court in this matter, and such oral argument as may be presented at the hearing of this Motion.

This Motion to Remand is made following the conference of counsel as required by Local Rule 7-3, which took place on October 16, 2020. Lead counsel for Plaintiffs and IEX held a telephonic meet and confer during which Plaintiffs advised of their intent to file this Motion. Counsel for IEX indicated they would oppose the Motion. The parties were not able to come to an agreement.

Accordingly, Plaintiffs request the following relief from this Court:

(A) **GRANTING** Plaintiffs' Motion to Remand this case to Superior Court of the State of California, Los Angeles County; and

(B) For any other and further relief as the Court deems just and proper.

DATED: October 23, 2020

Respectfully submitted,

ROBB & ROBB LLC

By: _____
GARY C. ROBB*
ANITA PORTE ROBB*
ANDREW C. ROBB*
BRITTANY SANDERS ROBB*
One Kansas City Place
1200 Main Street, Suite 3900
Kansas City, Missouri 64105
Telephone: (816) 474-8080

*Petition for Admission Granted

BRAD D. BRIAN
LUIS LI
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Fl.
Los Angeles, California 90071-3426
Telephone: (213) 683-9100

Attorneys for Plaintiffs Vanessa Bryant, individually and as Successor in Interest to Kobe Bryant, Deceased; VANESSA BRYANT as Successor in Interest to GB, a minor, deceased; NB, a minor, by her Natural Mother and Guardian Ad Litem, Vanessa Bryant; BB, a minor, by her Natural Mother and Guardian Ad Litem, Vanessa Bryant; and CB, a minor, by her Natural Mother and Guardian Ad Litem, Vanessa Bryant