GARY C. ROBB *(pro hac vice)*
gcr@robbrobb.com
ANITA PORTE ROBB *(pro hac vice)*
apr@robbrobb.com
ANDREW C. ROBB *(pro hac vice)*
acr@robbrobb.com
BRITTANY SANDERS ROBB *(pro hac vice)*
bsr@robbrobb.com
**ROBB & ROBB LLC**
One Kansas City Place
1200 Main Street, Suite 3900
Kansas City, Missouri 64105
Telephone: (816) 474-8080
Facsimile: (816) 474-8081

BRAD D. BRIAN (State Bar No. 79001)
brad.brian@mto.com
LUIS LI (State Bar No. 156081)
luis.li@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3701
Telephone: (213) 683-9100
Facsimile (213) 687-3702

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BRYANT, individually and as Successor in Interest to KOBE BRYANT, Deceased, and GB, a minor, deceased, and as Guardian Ad Litem for NB, BB, and CB, minors,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAND EXPRESS HELICOPTERS, INC., ISLAND EXPRESS HOLDING CORP., and BERGE ZOBAYAN as Successor in Interest to ARA GEORGE ZOBAYAN, | Case No. 2:20-cv-08953 ODW (PVCx)<br><br>**STIPULATION CONTINUING RULE 26(f) SCHEDULING CONFERENCE**<br><br>Location: Courtroom 5D<br>United States Courthouse<br>350 West First Street<br>Los Angeles, CA 90012<br><br>**Current Scheduling Conference: January 25, 2021**<br><br>**Proposed Continuance: First Monday Forty-Five days following** |

|   |   |
|---|---|
| Defendants.<br><br>ISLAND EXPRESS HELICOPTERS, INC., ISLAND EXPRESS HOLDING CORP.,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 50,<br><br>Third-Party Defendants. | service of Notice of this Court's rulings on pending Motion to Dismiss and pending Motion to Remand<br><br>Honorable Otis D. Wright II |

Plaintiffs VANESSA BRYANT, individually and as Successor in Interest to KOBE BRYANT, and GB, a minor, and Guardian Ad Litem to minors NB, BB and CB, and Defendants and Third-Party Plaintiffs ISLAND EXPRESS HELICOPTERS, INC., and ISLAND EXPRESS HOLDING CORP., Defendant BERGE ZOBAYAN as Personal Representative of and/or Successor in Interest to ARA GEORGE ZOBAYAN, and Defendant OC HELICOPTERS, LLC, and Third-Party Defendant UNITED STATES OF AMERICA (all collectively hereinafter referred to as "Parties"), hereby stipulate and request that the Court continue the date for the Rule 26(f) Scheduling Conference from January 25, 2021 until the first Monday forty-five (45) days following service of notice of this Court's rulings on the pending Motion to Dismiss and pending Motion to Remand, for the reasons set forth below:

1. Third-Party Defendant United States of America filed its Motion to Dismiss on October 19, 2020 to which Plaintiffs joined.

2. Plaintiffs filed their Motion to Remand the action to the Superior Court for the State of California on October 23, 2020.

3. These motions are currently pending before this Honorable Court.

4. Until the Parties receive the pending rulings from the Court on whether this action will remain in federal court, the Parties submit that extending the Rule 26 Scheduling Conference (and associated deadlines, including conducting a Rule 26 meet-and-confer conference and submitting a Rule 26 report) would preserve judicial resources and permit the Parties to avoid potentially unnecessary effort and expense.

5. Further good cause exists for the requested continuance because the National Transportation Safety Board (NSTB) has not completed its investigation of the subject helicopter crash, and has not issued its Factual Report or its final Probable Cause Report. Until the NTSB issues its Reports, the Island Express Defendants are by law unable to disclose certain information relating to the investigation because they are "Party Participants" to the ongoing NTSB investigation.

6. Further, the NTSB maintains current possession, custody, and control of the subject helicopter wreckage. Accordingly, the wreckage is unavailable for inspection or examination by any of the Parties, which impairs the ability of the Parties to determine the existence of other possible defendants,

identify experts, conduct fact and expert discovery, and provide initial disclosures.

7. There has been no prior request by the Parties to extend the Rule 26(f) Scheduling Conference.

8. The Parties respectfully submit that this Stipulation for extension of time will not prejudice any party and will not cause undue delay.

**NOW, THEREFORE,** it is hereby stipulated among the Parties and the Parties do jointly and respectfully request that the date for the Rule 26(f) Scheduling Conference be continued until the first Monday forty-five (45) days following service of notice of this Court's rulings on the pending Motion to Dismiss and Motion to Remand.

**IT IS SO STIPULATED.**

DATED: December 23, 2020   **ROBB & ROBB LLC**

By:   */s/ Gary C. Robb*
      GARY C. ROBB*
      ANITA PORTE ROBB*
      ANDREW C. ROBB*
      BRITTANY SANDERS ROBB*
      **Pro Hac Vice*

      BRAD D. BRIAN
      LUIS LI
      **MUNGER, TOLLES & OLSON LLP**

Attorneys for Plaintiffs

DATED:  December 23, 2020     **CUNNINGHAM SWAIM, LLP**

By:     */s/ Ross Cunningham*
        ROSS CUNNINGHAM*
        DON SWAIM*
        MICHAEL J. TERHAR
        D. TODD PARRISH
        * *Pro Hac Vice*

Attorneys for Defendants ISLAND EXPRESS HELICOPTERS, Inc., and ISLAND EXPRESS HOLDING CORP.

DATED:  December 23, 2020     **LEADER BERKON COLAO & SILVERSTEIN LLP**

By:     */s/ Arthur I. Willner*
        ARTHUR I. WILLNER
        RAYMOND L. MARIANI
        OLGA G. PENA

Attorneys for Defendant BERGE ZOBAYAN as Successor in Interest for ARA GEORGE ZOBAYAN

DATED:  December 23, 2020     **THE RYAN LAW GROUP**

By:     */s/ Timothy J. Ryan*
        TIMOTHY J. RYAN
        REBEKKA R. MARTORANO

Attorneys for OC HELICOPTERS, LLC

DATED:  December 23, 2020     **U.S. DEPARTMENT OF JUSTICE**

By:     */s/ Debra D. Fowler*
        JEFFREY BOSSERT CLARK
        DEBRA D. FOWLER
        ALAN D. MATTIONI,

Attorneys for UNITED STATES OF AMERICA

ROBB & ROBB LLC
1200 Main Street, Ste. 3900
Kansas City, MO 64105
816-474-8080

**ATTESTATION CLAUSE**

I, GARY C. ROBB, am the ECF User whose ID and password are being used to file in this STIPULATION CONTINUING RULE 26(f) SCHEDULING CONFERENCE. In compliance with L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 23, 2020

By: */s/ Gary C. Robb*
    GARY C. ROBB

Attorney for PLAINTIFFS