UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-08953-ODW-(PVCx) | Date | December 29, 2020 |
|---|---|---|---|
| Title | *Vanessa Bryant et al v. Island Express Helicopters, Inc. et al* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):  AMENDED**

For good cause shown, the Court orders that the date for the Rule 26(f) Scheduling Conference shall be continued from January 25, 2021, to **March 22, 2021, at 1:30 p.m.**

**IT IS SO ORDERED.**

                                                                                      :    00
                                              Initials of Preparer    SE