NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michael J. Terhar [State Bar No. 89491]
Ross Cunningham [Pro Hac Vice]
Don Swaim [Pro Hac Vice]
D. Todd Parrish [State Bar No. 173392]
Jonathan Hembree [State Bar No. 274051]
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California 91101

ATTORNEY(S) FOR: ISLAND EXPRESS HOLDING CORP.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BRYANT, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>ISLAND EXPRESS HELICOPTERS, INC., et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:20-cv-08953 ODW (PVCx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___ISLAND EXPRESS HOLDING CORP.___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| John James Altobelli, et al. | Plaintiffs in related case. |
| Christopher Chester, et al. | Plaintiffs in related case. |
| Matthew Mauser, et al. | Plaintiffs in related case. |
| OC Helicopters, LLC | Defendant in related case. |
| AIG Aerospace & National Union Fire Insurance Company of Pittsburgh, PA | Primary liability insurer of Defendants Island Express Helicopters, Inc. and Island Express Holding Corp. for this matter. |
| QBE Insurance Company | Excess liability insurance carrier for Defendants Island Express Helicopters, Inc. and Island Express Holding Corp. for this matter. |
| Defendant Island Express Helicopters, Inc. | Island Express Helicopters, Inc. is a wholly-owned subsidiary of Island Express Holding Corp., a privately held corp. |
| Phil DiFiore & James Bagge | Owners of Island Express Holding Corp. |

January 8, 2021                                    /s/Michael J. Terhar
Date                                                     Signature

Attorney of record for (or name of party appearing in pro per):

ISLAND EXPRESS HOLDING CORP.