GARY C. ROBB *(pro hac vice)*
gcr@robbrobb.com
ANITA PORTE ROBB *(pro hac vice)*
apr@robbrobb.com
ANDREW C. ROBB *(pro hac vice)*
acr@robbrobb.com
BRITTANY SANDERS ROBB *(pro hac vice)*
bsr@robbrobb.com
**ROBB & ROBB LLC**
One Kansas City Place
1200 Main Street, Suite 3900
Kansas City, Missouri 64105
Telephone:  (816) 474-8080
Facsimile:   (816) 474-8081

BRAD D. BRIAN (State Bar No. 79001)
brad.brian@mto.com
LUIS LI (State Bar No. 156081)
luis.li@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3701
Telephone:  (213) 683-9100
Facsimile    (213) 687-3702

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BRYANT, individually and as Successor in Interest to KOBE BRYANT, Deceased; VANESSA BRYANT as Successor in Interest to GB, a minor, deceased; NB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; BB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; and CB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT,<br><br>           Plaintiffs,<br><br>vs.<br><br>ISLAND EXPRESS HELICOPTERS, INC., ISLAND EXPRESS HOLDING | Case No. 2:20-cv-08953 FMO (PVCx)<br><br>**STIPULATION TO SUBSTITUTE REAL PARTY IN INTEREST AND AMEND CAPTION**<br><br>Honorable Fernando M. Olguin |

CORP., and BERGE ZOBAYAN as Successor in Interest to ARA GEORGE ZOBAYAN,

        Defendants.
_____

ISLAND EXPRESS HELICOPTERS, INC., ISLAND EXPRESS HOLDING CORP.,

        Third-Party Plaintiffs,

vs.

UNITED STATES OF AMERICA, and ROES 1 through 50,

        Third-Party Defendants.

Plaintiffs VANESSA BRYANT, individually and as Successor in Interest to KOBE BRYANT, and GB, a minor, and Guardian Ad Litem to minors NB, BB, and CB; Defendants and Third-Party Plaintiffs ISLAND EXPRESS HELICOPTERS, INC., and ISLAND EXPRESS HOLDING CORP.; Defendant BERGE ZOBAYAN as Personal Representative of and/or Successor in Interest to ARA GEORGE ZOBAYAN; Defendant OC HELICOPTERS, LLC; and Third-Party Defendant UNITED STATES OF AMERICA (together, the "Parties"), hereby stipulate and request that the Court substitute a real party in interest and amend the caption of this case as follows:

1. Plaintiffs brought this action in Los Angeles Superior Court on February 24, 2020.

ROBB & ROBB LLC
1200 Main Street, Ste. 3900
Kansas City, MO 64105
816-474-8080

2. Plaintiff NB is the natural daughter of Kobe Bryant and the natural sister of GB, both deceased.

3. At that time this lawsuit was filed, NB was under the age of 18 and therefore a minor under California law. *See* Cal. Family Code § 6500.

4. On March 18, 2020, the Los Angeles Superior Court entered an order appointing Plaintiff Vanessa Bryant, NB's natural mother, as NB's guardian ad litem. Through the present time, NB's interest in this lawsuit have been represented by her natural mother and guardian ad litem, Vanessa Bryant.

5. On January 19, 2021, NB turned 18 years old, and pursuant to California Probate Code section 1600, Vanessa Bryant's guardianship of NB terminated automatically on that date.

6. When a minor plaintiff reaches the age of majority during the pendency of a lawsuit, courts substitute that plaintiff as the real party in interest under Federal Rules of Civil Procedure 17(a)(3), 15, and 25. *See Brooks v. District of Columbia*, 841 F. Supp. 2d 253, 260–261 (D.D.C. 2012) (substituting plaintiff as the real party in interest under Fed. R. Civ. P. 17(a)(3) where minor plaintiff reached the age of majority during the lawsuit); *Zachary M. v. Bd. of Educ. of Evanston*, 829 F. Supp. 2d 649, 652 n. 1 (N.D. Ill. 2011) (same); *Walker v. Evans*, No. 10-12596, 2011 WL 3583248, at *1 (E.D. Mich. Aug. 15, 2011) (finding there is "no reason why substitution would not be appropriate, under either [Rule 25 of the Federal Rules of

Civil Procedure] or under Rule 15 permitting amendments to the complaint, when minor parties reach the age of majority").

7. If NB is substituted as the real party in interest, this action will proceed "as if it had originally been commenced by [her]." Fed. R. Civ. P. 17(a)(3).

**NOW, THEREFORE**, for the above-stated reasons, the parties do jointly and respectfully request that this Court enter its Order as follows:

(A) Substituting NB as Plaintiffs' real party in interest in the place of NB, a minor, by her Natural Mother and Guardian Ad Litem, Vanessa Bryant; and

(B) Amending the case caption as follows:

VANESSA BRYANT, individually and as Successor in Interest to KOBE BRYANT, Deceased; VANESSA BRYANT as Successor in Interest to GB, a minor, deceased; NATALIA BRYANT, individually as Surviving Child of KOBE BRYANT; BB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; and CB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT,

Plaintiffs,

vs.

ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; ISLAND EXPRESS HOLDING CORP., a California Corporation; and BERGE ZOBAYAN as Personal Representative of and/or Successor in Interest to ARA GEORGE ZOBAYAN, a California Resident,

Defendants.

ROBB & ROBB LLC
1200 Main Street, Ste. 3900
Kansas City, MO 64105
816-474-8080

ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; ISLAND EXPRESS HOLDING CORP., a California Corporation,

        Third Party-Plaintiffs,

vs.

UNITED STATES OF AMERICA, and ROES 1 through 50

        Third-Party Defendants.

; and

(C)    For such other and further relief as the Court deems just and proper.

**IT IS SO STIPULATED.**

DATED: March 4, 2021        **ROBB & ROBB LLC**

        By:   */s/ Gary C. Robb*
              GARY C. ROBB*
              ANITA PORTE ROBB*
              ANDREW C. ROBB*
              BRITTANY SANDERS ROBB*
              **Pro Hac Vice*

              BRAD D. BRIAN
              LUIS LI
              **MUNGER, TOLLES & OLSON LLP**

Attorneys for Plaintiffs

DATED: March 4, 2021        **CUNNINGHAM SWAIM, LLP**

        By:   */s/ Ross Cunningham*
              ROSS CUNNINGHAM*
              DON SWAIM*
              MICHAEL J. TERHAR
              D. TODD PARRISH
              ** Pro Hac Vice*

Attorneys for Defendants ISLAND EXPRESS HELICOPTERS, Inc., and ISLAND EXPRESS HOLDING CORP.

DATED: March 4, 2021    **LEADER BERKON COLAO & SILVERSTEIN LLP**

By:    */s/ Arthur I. Willner*
       ARTHUR I. WILLNER
       RAYMOND L. MARIANI
       OLGA G. PENA

Attorneys for Defendant BERGE ZOBAYAN as Successor in Interest for ARA GEORGE ZOBAYAN

DATED: March 4, 2021    **THE RYAN LAW GROUP**

By:    */s/ Timothy J. Ryan*
       TIMOTHY J. RYAN
       REBEKKA R. MARTORANO

Attorneys for OC HELICOPTERS, LLC

DATED: March 4, 2021    **U.S. DEPARTMENT OF JUSTICE**

By:    */s/ Debra D. Fowler*
       JEFFREY BOSSERT CLARK
       DEBRA D. FOWLER
       ALAN D. MATTIONI,

Attorneys for UNITED STATES OF AMERICA

ROBB & ROBB LLC
1200 Main Street, Ste. 3900
Kansas City, MO 64105
816-474-8080

**ATTESTATION CLAUSE**

I, GARY C. ROBB, am the ECF User whose ID and password are being used to file in this STIPULATION TO SUBSTITUTE REAL PARTY IN INTEREST AND AMEND CAPTION. In compliance with L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 4, 2021

By: */s/ Gary C. Robb*
    GARY C. ROBB

Attorney for PLAINTIFFS