BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division
DEBRA D. FOWLER VSB #30574
Debra.Fowler@usdoj.gov
Senior Aviation Counsel
Alan D. Mattioni PA #64259
Senior Aviation Counsel
Alan.Mattioni@usdoj.gov
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC 20044-4271
Phone: (202) 616-4025
Fax: (202) 616-4002

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BRYANT, Individually, and as Successor in Interest to KOBE BRYANT, Deceased; VANESSA BRYANT, as Successor in Interest to GB, a minor, deceased; NATALIA BRYANT, individually as Surviving Child of KOBE BRYANT; BB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; and CB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT;<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; | Case No. 2:20-cv-08953 FMO (PVCx)<br><br>UNITED STATES OF AMERICA'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS [ECF 34]<br><br>Hearing Date:  April 8, 2021<br>Hearing Time: 10:00 a.m.<br>Location:       Courtroom 6D<br>                       United States Courthouse<br>                       350 West First Street<br>                       Los Angeles, CA 90012<br><br>Honorable Fernando M. Olguin |

1

|  |  |
|---|---|
| ISLAND EXPRESS HOLDING CORP., a California Corporation; and DOE 1, as Personal representative of and/or Successor in Interest to ARA GEORGE ZOBAYAN, a California resident, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; and ISLAND EXPRESS HOLDING CORP., a California Corporation, | ) ) ) ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| vs. | ) ) |
| UNITED STATES OF AMERICA, and ROES 1 through 50, | ) ) ) |
| Third-Party Defendants. | ) ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The United States submits this Notice of Supplemental Authority in support of its Motion to Dismiss the Third-Party Complaint of Island Express Helicopters, Inc. and Island Express Holding Corp. (the Island Express defendants). [ECF 34.]

Attached as Exhibit 1, is a copy of the decision in *Burnell v. Kujala,* No. 2:20-CV-00271-SAB, 2020 WL 7342394 (E.D. Wash., Dec. 14, 2020). The case arose out of an automobile accident involving plaintiffs and defendant Kujala, an

2

United States' Notice of Supp. Auth.                                    2:20-cv-8953 FMO (PVCx)

employee of the United States Forest Service. *Id.* at *1. Plaintiffs sued Kujala in his individual capacity in state court alleging that he was responsible for their injuries. *Id.* The United States removed the case to federal court pursuant to 28 U.S.C. § 1442 and subsequently moved to dismiss for lack of subject matter jurisdiction. *Id.* The district court credited the jurisdictional evidence presented that Kujala was acting in the course and scope of his employment at the time of the accident, and observed that the Federal Tort Claims Act grants federal courts exclusive jurisdiction to hear cases involving allegations of negligence by federal employees acting in the scope of their employment. *Id.* at *2-3. Applying the doctrine of derivative jurisdiction, which has been preserved for cases removed under 28 U.S.C. § 1442(a)(1), the court held that because the state court in which the plaintiffs sued Kujala lacked jurisdiction to determine the claims asserted, the federal court could not acquire jurisdiction over those claims after removal. *Id.* at *3. Accordingly, the court dismissed the case without prejudice. *Id.* at *4.

    This decision supports the United States' Motion to Dismiss, filed on October 19, 2020 and currently pending before the Court. The case was decided after briefing on the United States' motion was complete; thus, it is not referenced in any of the briefing papers. Because it is a recent decision and pertinent to the motion, the United States submits it for the Court's consideration.

3

United States' Notice of Supp. Auth.                                    2:20-cv-8953 FMO (PVCx)

Dated: March 26, 2021

        Respectfully submitted,

        BRAIN BOYNTON
        Acting Assistant Attorney General
        Civil Division

        */s/ Debra D. Fowler*
        DEBRA D.FOWLER
        Senior Aviation Counsel
        Debra.Fowler@usdoj.gov
        ALAN D. MATTIONI
        Senior Aviation Counsel
        Alan.Mattioni@usdoj.gov
        Torts Branch, Civil Division
        U.S. Department of Justice
        Post Office Box 14271
        Washington, DC 20044-4271
        Tel: (202) 616-4025
        Fax: (202) 616-4002

        Attorneys for United States

4

United States' Notice of Supp. Auth.                    2:20-cv-8953 FMO (PVCx)

# **CERTIFICATE OF SERVICE**

I, Debra D. Fowler, hereby certify that a copy of the United States' Notice of Supplemental Authority in Support of Motion to Dismiss was electronically filed with the Clerk of the Court using CM/ECF on March 26, 2021. I further certify that said document was served upon each of the following via transmission of Notices of Electronic Filing generated by CM/ECF and/or electronic mail:

Brad D. Brian, Esquire
Luis Li, Esquire
MUNGER TOLLES & OLSEN LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
(213) 683-9100
brad.brian@mto.com
luis.li@mto.com

Gary C. Robb, Esquire
Anita Porte Robb, Esquire
ROBB & ROBB LLC
One Kansas City Place, Suite 3900
1200 Main Street
Kansas City, MO 64105
gcr@robbrobb.com
apr@robbrobb.com
*Attorneys for Plaintiffs, Vanessa Bryant, et al.*

and

Ross Cunningham, Esquire
Don Swaim, Esquire
D. Todd Parrish, Esquire
CUNNINGHAM SWAIM, LLP
4015 Main Street, Suite 200

5

United States' Notice of Supp. Auth.                              2:20-cv-8953 FMO (PVCx)

Dallas, Texas  75226
(214) 646-1495
rcunningham@cunninghamswaim.com
dswaim@cunninghamswaim.com
tparrish@cunninghamswaim.com

Michael J. Terhar, Esquire
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California  91101
(626) 765-3000
mterhar@cunninghamswaim.com

Todd Worthe, Esquire
WORTH HANSON & WORTHE
1851 E. First Street, 9th Floor
Santa Ana, CA 92705
(714) 285-9600
tworthe@whwlawcorp.com
*Attorneys for Defendants Island Express Helicopters, Inc.
and Island Express Holding Corp.*

and

Arthur I. Willner, Esquire
LEADER BERKON COLAO & SILVERSTEIN LLP
660 South Figueroa Street, Suite 1150
Los Angeles, CA 90017
(213) 234-1750
awillner@leaderberkon.com

Raymond L. Mariani, Esquire
LEADER BERKON COLAO & SILVERSTEIN LLP
630 Third Avenue, Floor 17
New York, NY 10017
(212) 486-2400
rmariani@leaderberkon.com
*Attorneys for Defendant Berge Zobayan
as Successor in Interest for Ara George Zobayan*

6

United States' Notice of Supp. Auth.                    2:20-cv-8953 FMO (PVCx)

TIMOTHY J. RYAN. Esquire
tryan@ryanlg.com
REBEKKA R. MARTORANO, Esquire
rmartorano@ryanlg.com
THE RYAN LAW GROUP
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
*Attorneys for Defendant OC Helicopters, LLC*

/s/ *Debra D. Fowler*
Attorney for United States of America

7

United States' Notice of Supp. Auth.     2:20-cv-8953 FMO (PVCx)