UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-8953 FMO (PVCx) | Date | May 11, 2021 |
|---|---|---|---|
| Title | Vanessa Bryant, et al. v. Island Express Helicopters, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Consolidation

On the court's own motion, and based on review of the dockets in Vanessa Bryant, et al. v. Island Express Helicopters, Inc., et al., CV 20-8953 ("Bryant"); John James Altobelli, et al. v. Island Express Helicopters, Inc., et al., CV 20-8954 ("Altobelli"); Christopher Chester, et al. v. Island Express Helicopters, Inc., et al., CV 20-8955 ("Chester"); and Matthew Mauser, et al. v. Island Express Helicopters, Inc., et al., CV 20-8956 ("Mauser"), IT IS ORDERED THAT:

1. No later than **May 18, 2021**, each party shall file a Memorandum Re: Consolidation ("Memorandum"), no longer than ten pages in length, addressing (1) the extent to which there are similar factual and/or legal issues in Bryant, Altobelli, Chester, and Mauser, and (2) whether or not the cases should be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

2. If the parties agree that Bryant, Altobelli, Chester, and Mauser should be consolidated, they shall file a stipulation in lieu of a Memorandum no later than **May 18, 2021**.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |