GARY C. ROBB (Admitted *Pro Hac Vice*)
gcr@robbrobb.com
ANITA PORTE ROBB (Admitted *Pro Hac Vice*)
apr@robbrobb.com
ANDREW C. ROBB (Admitted *Pro Hac Vice*)
acr@robbrobb.com
BRITTANY SANDERS ROBB (Admitted *Pro Hac Vice*)
bsr@robbrobb.com
ROBB & ROBB LLC
One Kansas City Place
1200 Main Street, Suite 3900
Kansas City, Missouri 64105
Telephone:  (816) 474-8080
Facsimile:   (816) 474-8081

BRAD D. BRIAN (State Bar No. 79001)
brad.brian@mto.com
LUIS LI (State Bar No. 156081)
luis.li@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Bryant Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT, individually and as Successor in Interest to KOBE BRYANT, Deceased; VANESSA BRYANT as Successor in Interest to GB, a minor, deceased; NATALIA BRYANT, individually as Surviving Child of KOBE BRYANT; BB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; and CB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; ISLAND EXPRESS HOLDING | Case No. 2:20-cv-08953 FMO (PVCx)<br><br>Consolidated with:<br>*Altobelli* 2:20-cv-08954-FMO-PVC<br>*Mauser* 2:20-cv-08955-FMO-PVC<br>*Chester* 2:20-cv-08956-FMO-PVC<br><br>**JOINT NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE DISCOVERY DEADLINES**<br><br>**Hon. Fernando M. Olguin** |

CORP., a California Corporation; and DOE 1, as Personal representative of and/or Successor in Interest to ARA GEORGE ZOBAYAN, a California resident,

        Defendants.

ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; and ISLAND EXPRESS HOLDING CORP., a California Corporation.

        Third-Party Plaintiffs,

    vs.

UNITED STATES OF AMERICA; and ROES 1 through 50,

        Third-Party Defendants.

PLEASE TAKE NOTICE that pursuant to L.R. 16-15.7, Plaintiffs and Defendants jointly report that they have agreed to settle their claims in the above-entitled action.[1] The settling parties are as follows:

- Plaintiffs Vanessa Bryant, individually and as successor in interest to Kobe Bryant, deceased; Vanessa Bryant as successor in interest to GB, a minor, deceased; Natalia Bryant, individually as surviving child of Kobe Bryant; BB, a minor, by her natural mother and guardian ad litem, Vanessa Bryant; and CB, a minor, by her natural mother and guardian ad litem, Vanessa Bryant;

---

[1] This settlement does not include any existing cross-claims asserted by Island Express Helicopters, Inc. and Island Express Holding Corp. against the United States of America.

- Plaintiff John James Altobelli, an individual and Successor in Interest to John Altobelli; and Plaintiff Alexis Altobelli, an individual and Successor in Interest to John Altobelli and Keri Altobelli;

- Plaintiffs Christopher Chester, individually and as Successor in Interest to Sarah Chester and PC, a minor, deceased; HC, a minor, by and through his Guardian ad Litem, Christopher Chester; RC, a minor, by and through his Guardian ad Litem, Christopher Chester;

- Plaintiffs Matthew Mauser, an individual and as Successor in Interest to Christina Mauser; PM, a minor, by and through her Guardian Matthew Mauser; TM, a minor, by and through his Guardian, Matthew Mauser; IM, a minor, by and through her Guardian Matthew Mauser;

- Defendant Island Express Helicopters, Inc.;

- Defendant Island Express Holding Corp.;

- Defendant Estate of Ara George Zobayan; and

- Defendant OC Helicopters LLC.

The material terms of the settlement and releases are known to the settling parties and include that the terms of the settlement are confidential. The settling parties are currently finalizing settlement documents, which includes the necessary documentation for approving compromise of the minors' claims.

Given that the settling parties have agreed to settlement terms, the settling Plaintiffs and Defendants respectfully request that this Court vacate all discovery

deadlines, initial disclosure deadlines, and responsive pleading deadlines stemming from this Court's Order dated May 24, 2021. Since the United States of America is not a settling party, the parties do not request that the Court alter the United States' responsive pleading deadline as set forth in this Court's May 24, 2021 Order.

**WHEREFORE**, for the reasons stated herein, Plaintiffs and Defendants jointly request that discovery deadlines as to the settling parties be vacated, given the agreement on settlement terms per this Joint Notice of Settlement.

Respectfully submitted,

DATED: June 22, 2021   ROBB & ROBB LLC

By: */s/ Gary C. Robb*
GARY C. ROBB (Admitted *Pro Hac Vice*)
ANITA PORTE ROBB (Admitted *Pro Hac Vice*)
ANDREW C. ROBB (Admitted *Pro Hac Vice*)
BRITTANY SANDERS ROBB (Admitted *Pro Hac Vice*)

MUNGER, TOLLES & OLSON LLP
BRAD D. BRIAN (State Bar No. 79001)
LUIS LI (State Bar No. 156081)

***Attorneys for Bryant Plaintiffs***

| | | |
|---|---|---|
| DATED: June 22, 2021 | | PANISH SHEA & BOYLE LLP |
| | By: | */s/ Kevin R. Boyle* |
| | | BRIAN J. PANISH (State Bar No. 116060) |
| | | KEVIN R. BOYLE (State Bar No. 192718) |
| | | SPENCER R. LUCAS (State Bar No. 232498) |
| | | MATTHEW STUMPF (State Bar No. 301867) |
| | | MARGUERITE SANVICTORES (State Bar No. 299452) |

***Attorneys for Mauser and Altobelli Plaintiffs***

| | | |
|---|---|---|
| DATED: June 22, 2021 | | AITKEN AITKEN COHN |
| | By: | */s/ Wylie A. Aitken* |
| | | WYLIE A. AITKEN (State Bar No. 37770) |
| | | DARREN O. AITKEN (State Bar No. 145251) |
| | | MICHAEL E. PENN (State Bar No. 233817) |

***Attorneys for Chester Plaintiffs***

ROBB & ROBB LLC
1200 Main Street, Ste. 3900
Kansas City, MO 64105
816-474-8080

-5-
JOINT NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE DISCOVERY DEADLINES

DATED: June 22, 2021            CUNNINGHAM SWAIM, LLP

By: */s/ Ross Cunningham*
    ROSS CUNNINGHAM*
    DON SWAIM*
    MICHAEL J. TERHAR
    D. TODD PARRISH
    * *Pro Hac Vice*

*Attorneys for Defendants ISLAND EXPRESS HELICOPTERS, Inc., and ISLAND EXPRESS HOLDING CORP.*

DATED: June 22, 2021            LEADER BERKON COLAO & SILVERSTEIN LLP

By: */s/ Arthur I. Willner*
    ARTHUR I. WILLNER
    RAYMOND L. MARIANI
    OLGA G. PENA

*Attorneys for Defendant BERGE ZOBAYAN as Successor in Interest for ARA GEORGE ZOBAYAN*

DATED: June 22, 2021            THE RYAN LAW GROUP

By: */s/ Timothy J. Ryan*
    TIMOTHY J. RYAN
    REBEKKA R. MARTORANO

*Attorneys for Defendant OC HELICOPTERS, LLC*

ROBB & ROBB LLC
1200 Main Street, Ste. 3900
Kansas City, MO 64105
816-474-8080

**ATTESTATION CLAUSE**

I, Gary C. Robb, am the ECF User whose ID and password are being used to file this JOINT NOTICE OF SETTLEMENT AND REQUEST FOR TRANSFER ORDER. In accordance with LR 5-4.3.4, I attest that all other signatories listed concur in the filing's content and have authorized the filing.

DATED: June 22, 2021          By: */s/ Gary C. Robb*

                              *Attorney for Bryant Plaintiffs*

ROBB & ROBB LLC
1200 Main Street, Ste. 3900
Kansas City, MO 64105
816-474-8080