1  GARY C. ROBB *(pro hac vice)*
   gcr@robbrobb.com
2  ANITA PORTE ROBB *(pro hac vice)*
   apr@robbrobb.com
3
   ANDREW C. ROBB *(pro hac vice)*
4  acr@robbrobb.com
   BRITTANY SANDERS ROBB *(pro hac vice)*
5  bsr@robbrobb.com
6  **ROBB & ROBB LLC**
   One Kansas City Place
7  1200 Main Street, Suite 3900
   Kansas City, Missouri 64105
8  Telephone:   (816) 474-8080
9  Facsimile:   (816) 474-8081

10 BRAD D. BRIAN (State Bar No. 79001)
   brad.brian@mto.com
11 LUIS LI (State Bar No. 156081)
12 luis.li@mto.com
   **MUNGER, TOLLES & OLSON LLP**
13 350 South Grand Avenue, Fiftieth Floor
   Los Angeles, California 90071-3701
14 Telephone:   (213) 683-9100
15 Facsimile     (213) 687-3702

16 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA BRYANT, individually and as Successor in Interest to KOBE BRYANT, Deceased; VANESSA BRYANT as Successor in Interest to GB, a minor, deceased; NATALIA BRYANT, individually as Surviving Child of KOBE BRYANT; BB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; and CB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT, et al.<br><br>Plaintiffs,<br><br>vs. | Case No. 2:20-cv-08953 FMO (PVCx)<br><br>Consolidated with:<br>*Altobelli* 2:20-cv-08954-FMO-PVC<br>*Mauser* 2:20-cv-08955-FMO-PVC<br>*Chester* 2:20-cv-08956-FMO-PVC<br><br>**DECLARATION OF GARY C. ROBB IN SUPPORT OF [PROPOSED] ORDER VACATING DISCOVERY DEADLINES**<br><br>**Honorable Fernando M. Olguin** |

ROBB & ROBB LLC
1200 Main Street, Ste. 3900
Kansas City, MO 64105
816-474-8080

ISLAND EXPRESS HELICOPTERS, INC., ISLAND EXPRESS HOLDING CORP., and BERGE ZOBAYAN as Successor in Interest to ARA GEORGE ZOBAYAN,

        Defendants.
_____

_____
ISLAND EXPRESS HELICOPTERS, INC., ISLAND EXPRESS HOLDING CORP.,

        Third-Party Plaintiffs,

vs.

UNITED STATES OF AMERICA, and DOES 1 through 50,

        Third-Party Defendants.

## DECLARATION OF GARY C. ROBB

I, Gary C. Robb, hereby declare:

1. I am an attorney at law duly licensed to practice law before the Missouri, Illinois, and U.S. Supreme Court bars. I have been a partner with Robb & Robb LLC in Kansas City, Missouri since 1984.

2. I serve as lead counsel in this action for Vanessa Bryant, individually, and as Successor in Interest to Kobe Bryant, GB (a minor), and her surviving children (together, "Bryant Plaintiffs"). I was admitted before this Court *pro hac vice* on October 6, 2020. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

3. The Bryant Plaintiffs brought suit against Defendants Island Express Helicopters, Inc., Island Express Holding Corp. (together, "Island Express"), the Estate of Ara Zobayan, and OC Helicopters, LLC, arising out of the January 26, 2020 helicopter crash in Calabasas, California, that resulted in the deaths of Kobe Bryant and Gianna Bryant.

4. The Bryant Plaintiffs have agreed to settlement terms that resolve all their pending legal claims arising out of the January 26, 2020 helicopter crash in Calabasas, California that killed Kobe Bryant and Gianna Bryant.

5. The settlement resolves the Bryant Plaintiffs' legal claims against Island Express, the Estate of Ara Zobayan, and OC Helicopters, LLC.

6. The settlement also includes all Plaintiffs and the same Defendants in the consolidated actions, *Altobelli* (2:20-cv-08954-FMO-PVC), *Mauser* (2:20-cv-08955-FMO-PVC), and *Chester* (2:20-cv-08956-FMO-PVC).

7. A material and bargained-for term of the settlement is that all settlement terms are confidential.

8. This Court's Order dated May 24, 2021, Dkt. No. 65, set deadlines pursuant to Rule 12 of the Federal Rules of Civil Procedure for the Defendants and Third-Party Complainants to answer or otherwise respond to Plaintiffs' Consolidated Complaint.

9. Given that the settling parties have agreed to settlement terms, Plaintiffs and Defendants respectfully request that this Court vacate all discovery deadlines,

-3-
DECLARATION OF GARY C. ROBB IN SUPPORT OF [PROPOSED] ORDER VACATING DISCOVERY DEADLINES

initial disclosure deadlines, and responsive pleading deadlines stemming from this Court's Order dated May 24, 2021.

10. Since the United States of America is not a settling party, and because this settlement does not include any existing cross-claims asserted by Island Express Helicopters, Inc. and Island Express Holding Corp. against the United States of America, the parties do not request that the Court alter the United States of America's responsive pleading deadline as set forth in this Court's order dated May 24, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of June 2021 at Kansas City, Missouri.

*/s/ Gary C. Robb*
Gary C. Robb