1

2

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

3   VANESSA BRYANT, individually and as

4   Successor in Interest to KOBE BRYANT, Deceased; VANESSA BRYANT as

5   Successor in Interest to GB, a minor, deceased; NB, a minor, by her Natural

6   Mother and Guardian Ad Litem,

7   VANESSA BRYANT; BB, a minor, by her Natural Mother and Guardian Ad Litem,

8   VANESSA BRYANT; and CB, a minor, by

9   her Natural Mother and Guardian Ad Litem, VANESSA BRYANT,

10

11              Plaintiffs,

12   vs.

13   ISLAND EXPRESS HELICOPTERS,

14   INC., ISLAND EXPRESS HOLDING CORP., and BERGE ZOBAYAN as

15   Successor in Interest to ARA GEORGE

16   ZOBAYAN,

17              Defendants.
    _____

18   _____

19   ISLAND EXPRESS HELICOPTERS, INC., ISLAND EXPRESS HOLDING

20   CORP.,

21              Third-Party Plaintiffs,

22

23   vs.

24   UNITED STATES OF AMERICA, and DOES 1 through 50,

25

26              Third-Party Defendants.

27

28

Case No. 2:20-cv-08953 FMO (PVCx)

Consolidated with:
*Altobelli* 2:20-cv-08954-FMO-PVC
*Mauser* 2:20-cv-08955-FMO-PVC
*Chester* 2:20-cv-08956-FMO-PVC

**[PROPOSED] ORDER VACATING DISCOVERY DEADLINES**

Location:  Courtroom 6D
           United States Courthouse
           350 West First Street
           Los Angeles, CA 90012

**Honorable Fernando M. Olguin**

**[PROPOSED] ORDER VACATING DISCOVERY DEADLINES**

The Court has received notice that the *Bryant*, *Altobelli*, *Chester*, and *Mauser* Plaintiffs have settled their claims with Defendants Island Express Helicopters, Inc., Island Express Holding Corp., Berge Zobayan as Successor in Interest to Ara George Zobayan, and OC Helicopters, LLC (together, the "settling Defendants").   Upon stipulation and agreement of Plaintiffs and the settling Defendants, this Court hereby vacates all discovery deadlines, initial disclosure deadlines, and the responsive pleading deadlines that apply to the Plaintiffs and settling Defendants stemming from this Court's Order dated May 24, 2021, Dkt. No. 65.  As the United States of America is not a settling party, this Order does not affect the United States of America's responsive pleading deadline set forth in this Court's Order dated May 24, 2021.

**IT IS SO ORDERED.**

Date:_____      _____
                               **HONORABLE FERNANDO M. OLGUIN**
                               **UNITED STATES DISTRICT JUDGE**

[PROPOSED] ORDER VACATING DISCOVERY DEADLINES