1

**ENGLAND PONTICELLO & ST.CLAIR**
Barry W. Ponticello (SBN 159339)

2
bponticello@eps-law.com
Brittany L. Sauter (SBN 321208)

3
bsauter@eps-law.com
701 "B" Street, Suite 1790

4
San Diego, CA 92101-8104
Tel: (619) 255-6450

5
Fax: (619) 255-8981

6
Attorneys for INTERVENOR,

7
SPORTS ACADEMY, LLC SPORTS ACADEMY /
THE HARTFORD ACCIDENT AND INDEMNITY COMPANY

8

9

10
## UNITED STATES DISTRICT COURT

11
## CENTRAL DISTRICT OF CALIFORNIA

12

13

14
VANESSA BRYANT, individually and
Successor in Interest to KOBE BRYANT,

15
Deceased; VANESSA BRYANT as
Successor in Interest to GB, a minor,

16
deceased; NATALIA BRYANT,
individually as Surviving Child of KOBE

17
BRYANT; BB, a minor, by her Natural
Mother and Guardian Ad Litem,

18
VANESSA BRYANT; and CB, a minor,

19
by her Natural Mother and Guardian Ad

20
Litem, VANESSA BRYANT,

21
              Plaintiffs,

22
vs.

23
ISLAND EXPRESS HELICOPTERS,

24
INC., a California Corporation; ISLAND
EXPRESS HOLDING CORP., a

25
California Corporation; BERGE
ZOBAYAN as Personal Representative

26
of and/or Successor in Interest to ARA
GEORGE ZOBAYAN, a California

27
Resident; OC HELICOPTERS, LLC, a

28

**Consolidated Case No. 2:20-cv-08953-FMO (PVC)**

District Judge: Fernando M. Olguin
Magistrate Judge: Pedro V. Castillo

**INTERVENOR SPORTS ACADEMY, LLC SPORTS ACADEMY / THE HARTFORD ACCIDENT & INDEMNITY COMPANY'S NOTICE OF MOTION AND MOTION FOR AN ORDER GRANTING LEAVE TO FILE A COMPLAINT-IN-INTERVENTION**

Complaint Filed: 04/20/2020
Removal Date: 09/30/2020
Trial date: TBD

**Date: August 12, 2021**
**Time: 10:00 a.m.**
**Dept.: 6D**
**Judge: Hon. Fernando M. Olguin**

1

1  California Limited Liability Company;
   and DOES 1 through 50,

2
              Defendants.
3

4  ISLAND EXPRESS HELICOPTERS,
   INC., a California Corporation; ISLAND
5  EXPRESS HOLDING CORP., a
   California Corporation,

6          Third-Party Plaintiffs,

7  vs.

8  UNITED STATES OF AMERICA, and
   DOES 1 through 50,
9

10         Third-Party Defendants.

11

12 JOHN JAMES ALTOBELLI, an                    (Case No. 2:20-cv-08954-FMO (PVC))
   individual and as Successor in Interest to
13 AA, a minor; JOHN ALTOBELLI and
   KERI ALTOBELLI; ALEXIS
14 ALTOBELLI, individually as Surviving
   Child of JOHN ALTOBELLI and KERI
15 ALTOBELLI,

16         Plaintiffs,

17 vs.

18 ISLAND EXPRESS HELICOPTERS,
   INC., a California Corporation; ISLAND
19 EXPRESS HOLDING CORP., a
   California Corporation; and DOES 1
20 through 50,

21
              Defendants.
22

23 ISLAND EXPRESS HELICOPTERS,
   INC., a California Corporation; ISLAND
24 EXPRESS HOLDING CORP., a
   California Corporation,
25

26         Third-Party Plaintiffs,

27 vs.

28
                                          2

INTERVENOR SPORTS ACADEMY, LLC SPORTS ACADEMY / THE HARTFORD ACCIDENT &
INDEMNITY COMPANY'S NOTICE OF MOTION AND MOTION FOR AN ORDER GRANTING LEAVE TO
FILE A COMPLAINT-IN- INTERVENTION

UNITED STATES OF AMERICA, and DOES 1 through 50,

Third-Party Defendants.

CHRISTOPHER CHESTER, individually and as Successor in Interest to SARAH CHESTER and PC, a minor, deceased; HC, a minor, by and through his Guardian Ad Litem, CHRISTOPHER CHESTER,

Plaintiffs,

vs.

ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; ISLAND EXPRESS HOLDING CORP., a California Corporation; THE ESTATE OF ARA GEORGE ZOBAYAN; and DOES 1 through 50,

Defendants.

ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; ISLAND EXPRESS HOLDING CORP., a California Corporation,

Third-Party Plaintiffs,

vs.

UNITED STATES OF AMERICA, and DOES 1 through 50,

Third-Party Defendants.

MATTHEW MAUSER, an individual and as Successor in Interest to CHRISTINA MAUSER; PM, a minor; by and through her Guardian, MATTHEW MAUSER; TM, a minor, by and through his Guardian MATTHEW MAUSER; IM, a minor, by and through her Guardian MATTHEW MAUSER,

(Case No. 2:20-cv-08955-FMO (PVC))

(Case No. 2:20-cv-08956-FMO (PVC))

3

INTERVENOR SPORTS ACADEMY, LLC SPORTS ACADEMY / THE HARTFORD ACCIDENT & INDEMNITY COMPANY'S NOTICE OF MOTION AND MOTION FOR AN ORDER GRANTING LEAVE TO FILE A COMPLAINT-IN- INTERVENTION

1

Plaintiffs,

2

vs.

3

ISLAND EXPRESS HELICOPTERS,
INC., a California Corporation; ISLAND
EXPRESS HOLDING CORP., a
California Corporation; and DOES 1
through 50,

4

5

6

Defendants.

7

8

ISLAND EXPRESS HELICOPTERS,
INC., a California Corporation; ISLAND
EXPRESS HOLDING CORP., a
California Corporation,

9

10

Third-Party Plaintiffs,

11

vs.

12

UNITED STATES OF AMERICA, and
DOES 1 through 50,

13

14

Third-Party Defendants.

15

16

SPORTS ACADEMY, LLC SPORTS
ACADEMY / THE HARTFORD
ACCIDENT AND INEMNITY
COMPANY,

17

18

19

Intervenor.

20

21

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

22

PLEASE TAKE NOTICE that on August 12, 2021, at 10:00 a.m. in Courtroom

23

6D of this Court located at 350 W. 1st Street, 6th Floor, Los Angeles, California 90012,

24

Intervenor SPORTS ACADEMY, LLC SPORTS ACADEMY / THE HARTFORD

25

ACCIDENT AND INDEMNITY COMPANY (hereinafter referred to as

26

"INTERVENOR") will move this Court for an Order granting leave to file its

27

Complaint-In-Intervention.

28

4

INTERVENOR SPORTS ACADEMY, LLC SPORTS ACADEMY / THE HARTFORD ACCIDENT &
INDEMNITY COMPANY'S NOTICE OF MOTION AND MOTION FOR AN ORDER GRANTING LEAVE TO
FILE A COMPLAINT-IN- INTERVENTION

1

2

3

      This motion will be based upon this notice, the attached Memorandum of Points and Authorities, Declaration of Barry W. Ponticello with Exhibits 1-4, all pleadings previously filed in this action, and any oral argument that may be made at the hearing.

4

5    DATED: July 8, 2021      Respectfully submitted,

6                            ENGLAND PONTICELLO & ST. CLAIR

7

8                    BY:  */S/ Barry W. Ponticello*

9                           BARRY W. PONTICELLO
                              BRITTANY L. SAUTER

10                         Attorneys for Intervenor,
                         SPORTS ACADEMY, LLC SPORTS

11                         ACADEMY / THE HARTFORD

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5