BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division
DEBRA D. FOWLER VA #30574
Senior Aviation Counsel
Debra.Fowler@usdoj.gov
KARLEEN F. MURPHY CA #197245
Trial Attorney
Karleen.F.Murphy@usdoj.gov
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC 20044-4271
Phone: (202) 616-4025
Fax: (202) 616-4002

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BRYANT, Individually, and as Successor in Interest to KOBE BRYANT, Deceased; VANESSA BRYANT, as Successor in Interest to GB, a minor, deceased; NATALIA BRYANT, individually as Surviving Child of KOBE BRYANT; BB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; and CB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT;<br><br>            Plaintiffs,<br><br>vs. | Consolidated Case No. 2:20-cv-08953 FMO (PVCx)<br><br>**[PROPOSED] ORDER RE: MOTION TO INTERVENE**<br><br>**Date:** August 12, 2021<br>**Time:** 10:00 a.m.<br>**Dept:** 6D<br>**Judge:** Hon. Fernando M. Olguin |

1

| | |
|---|---|
| 1 | ISLAND EXPRESS HELICOPTERS, ) |
| 2 | INC., a California Corporation; ) |
| | ISLAND EXPRESS HOLDING ) |
| 3 | CORP., a California Corporation; and ) |
| 4 | BERGE ZOBAYAN, as Personal ) |
| | representative of and/or Successor in ) |
| 5 | Interest to ARA GEORGE ZOBAYAN, ) |
| 6 | a California resident; OC ) |
| | HELICOPTERS, LLC a California ) |
| 7 | Limited Liability Company; and DOES ) |
| 8 | 1 through 50, ) |
| 9 | ) |
| | Defendants. ) |
| 10 | _____ ) |
| 11 | ) |
| 12 | ISLAND EXPRESS HELICOPTERS, ) |
| | INC., a California Corporation; and ) |
| 13 | ISLAND EXPRESS HOLDING ) |
| 14 | CORP., a California Corporation, ) |
| 15 | ) |
| | Third-Party Plaintiffs, ) |
| 16 | ) |
| 17 | vs. ) |
| | ) |
| 18 | UNITED STATES OF AMERICA, and ) |
| 19 | ROES 1 through 50, ) |
| 20 | |
| | Third-Party Defendants. |

SPORTS ACADEMY, LLC SPORTS ACADEMY/THE HARTFORD ACCIDENT AND INDEMNITY COMPANY (INTERVENOR) filed a Motion for Leave to File a Complaint-in-Intervention. The United States of America filed a timely opposition. Having considered all documents filed by the parties in connection with the motion, the Court orders as follows:

2

[Proposed] Order                    Consolidated Cases 2:20-cv-8953 FMO (PVCx)

1. The motion is DENIED as to the United States because there are no direct or third party allegations against the United States in this matter and thus, no basis to file a Complaint-in-Intervention with respect to the United States; and/or

2. The motion is DENIED because Intervenor did not submit an administrative claim to the Federal Aviation Administration, a jurisdictional prerequisite to seeking relief from the United States under the Federal Tort Claims Act. 28 U.S.C. § 2675(a). As a result, the Court lacks subject matter jurisdiction as to the United States.

IT IS SO ORDERED.

Dated: _____, 2021              _____
                                    HON. FERNANDO M. OLGUIN
                                    UNITED STATES DISTRICT JUDGE

Dated: July 22, 2021

Presented by:

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

/s/ Debra D. Fowler
DEBRA D. FOWLER
Senior Aviation Counsel
Debra.Fowler@usdoj.gov

KARLEEN F. MURPHY  
Trial Attorney  
Karleen.F.Murphy@usdoj.gov  
Torts Branch, Civil Division  
U.S. Department of Justice  
Post Office Box 14271  
Washington, DC 20044-4271  
Tel: (202) 616-4025  
Fax: (202) 616-4002  

Attorneys for United States

# CERTIFICATE OF SERVICE

I, Karleen F. Murphy, hereby certify that a copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on July 22, 2021. I further certify that said document was served upon each of the following via transmission of Notices of Electronic Filing generated by CM/ECF and/or electronic mail:

Brad D. Brian, Esquire
Luis Li, Esquire
MUNGER TOLLES & OLSEN LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
(213) 683-9100
brad.brian@mto.com
luis.li@mto.com

Gary C. Robb, Esquire
Anita Porte Robb, Esquire
ROBB & ROBB LLC
One Kansas City Place, Suite 3900
1200 Main Street
Kansas City, MO 64105
gcr@robbrobb.com
apr@robbrobb.com
*Attorneys for Plaintiffs, Vanessa Bryant, et al.*

and

Ross Cunningham, Esquire
Don Swaim, Esquire
D. Todd Parrish, Esquire
CUNNINGHAM SWAIM, LLP
4015 Main Street, Suite 200
Dallas, Texas 75226

[Proposed] Order                           Consolidated Cases 2:20-cv-8953 FMO (PVCx)

(214) 646-1495
rcunningham@cunninghamswaim.com
dswaim@cunninghamswaim.com
tparrish@cunninghamswaim.com

Michael J. Terhar, Esquire
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California 91101
(626) 765-3000
mterhar@cunninghamswaim.com

Todd Worthe, Esquire
WORTH HANSON & WORTHE
1851 E. First Street, 9th Floor
Santa Ana, CA 92705
(714) 285-9600
tworthe@whwlawcorp.com
*Attorneys for Defendants Island Express Helicopters, Inc.
and Island Express Holding Corp.*

and

Arthur I. Willner, Esquire
LEADER BERKON COLAO & SILVERSTEIN LLP
660 South Figueroa Street, Suite 1150
Los Angeles, CA 90017
(213) 234-1750
awillner@leaderberkon.com

Raymond L. Mariani, Esquire
LEADER BERKON COLAO & SILVERSTEIN LLP
630 Third Avenue, Floor 17
New York, NY 10017
(212) 486-2400
rmariani@leaderberkon.com
*Attorneys for Defendant Berge Zobayan
as Successor in Interest for Ara George Zobayan*

6

TIMOTHY J. RYAN. Esquire
tryan@ryanlg.com
REBEKKA R. MARTORANO, Esquire
rmartorano@ryanlg.com
THE RYAN LAW GROUP
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
*Attorneys for Defendant OC Helicopters, LLC*

BARRY W. PONTICELLO
bponticello@eps-law.com
BRITTANY L. SAUTER
bsauter@eps-law.com
ENGLAND PONTICELLO & ST. CLAIR
701 "B" Street, Suite 1790
San Diego, CA 92101-8104
Telephone: (619) 255-6450
Facsimile: (619) 255-8981
*Attorneys for INTERVENOR, Sports Academy, LLC Sports Academy/
The Hartford Accident And Indemnity Company*


        */s/ Karleen F. Murphy*
      Attorney for United States of America