WYLIE A. AITKEN, ESQ. (SBN 37770)
DARREN O. AITKEN, ESQ. (SBN 145251)
MICHAEL A. PENN, ESQ. (SBN 233817)
AITKEN✦AITKEN✦COHN
3 MACARTHUR PLACE, SUITE 800
P.O. BOX 2555
SANTA ANA, CA  92707-2555
(714) 434-1424/(714) 434-3600 FAX

Attorneys for Plaintiffs, CHRISTOPHER CHESTER, individually and as Successor in Interest to SARAH CHESTER and PAYTON CHESTER, deceased; HAYDEN CHESTER, a minor by and through his Guardian ad Litem, Christopher Chester; RILEY CHESTER, a minor by and through his Guardian ad Litem, Christopher Chester

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BRYANT, individually and as Successor in Interest to KOBE BRYANT, Deceased; VANESSA BRYANT as Successor in Interest to GB, a minor, deceased; NATALIA BRYANT, individually as Surviving Child of KOBE BRYANT; BB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; and CB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT,, <br><br> Plaintiff, <br><br> v. <br><br> ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; ISLAND EXPRESS HOLDING CORP., a California Corporation; and BERGE ZOBAYAN as Personal Representative of and/or Successor in Interest to ARA GEORGE ZOBAYAN, a California Resident,, <br><br> Defendant. | CASE NO: CV 20-8953(lead case) consolidated with CV 20-895; CV 20-cv-8955; and CV 20-8956 <br><br> JUDGE: HON. FERNANDO M. OLGUIN; CTRM: 6D <br><br> **NOTICE OF PETITION AND PETITION FOR APPROVAL OF DISTRIBUTION OF MINOR'S FUNDS; DECLARATION OF DARREN AITKEN & EXHIBITS; DECLARATION OF CHRISTOPHER CHESTER; [PROPOSED] ORDER** <br><br> **FILED UNDER SEAL VIA REDACTION PURSUANT TO ORDER OF THE COURT DATED: October 18, 2021** <br><br> Complaint Filed: 5/11/20; Trial Date: 11/8/21 |

**1**

NOTICE OF PETITION AND PETITION FOR APPROVAL OF DISTRIBUTION OF MINOR'S FUNDS; DECLARATION OF DARREN AITKEN & EXHIBITS THERETO; DECLARATION OF CHRISTOPHER CHESTER; [PROPOSED] ORDER

| | |
|---|---|
| CHRISTOPHER CHESTER, individually and as Successor in Interest to SARAH CHESTER and PAYTON CHESTER, deceased; HAYDEN CHESTER, a minor by and through his Guardian ad Litem, Christopher Chester; RILEY CHESTER, a minor by and through his Guardian ad Litem, Christopher Chester, <br><br>                    Plaintiff, <br><br>       vs. <br><br>ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; ISLAND EXPRESS HOLDINGS CORP., a California Corporation; THE ESTATE OF ARA GEORGE ZOBAYAN; and DOES 1-100, inclusive, <br><br>                    Defendants. <br><br>And All Related Actions. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Pursuant to Local Rules 17-1.21 through 17-1.4 and California Probate Code Sections 3500, 3600, 3604(b)(3) et seq., HC, a minor by and through his father/Guardian Ad Litem CHRISTOPHER CHESTER, hereby petitions this Court to approve the following distribution of funds received on behalf of HC from the Defendants, ISLAND EXPRESS HELICOPTERS, INC., and OC Helicopters, LLC, pursuant to the ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ on June 3, 2021 and June 1, 2021 respectively, and the ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ on or about May 13, 2021.

///
///
///

NOTICE OF PETITION AND PETITION FOR APPROVAL OF DISTRIBUTION OF MINOR'S FUNDS; DECLARATION OF DARREN AITKEN & EXHIBITS THERETO; DECLARATION OF CHRISTOPHER CHESTER; [PROPOSED] ORDER

1  This Petition is based on this document, the papers and record maintained in
2  the court's file, and, if argument is requested by the Court, such oral argument and
3  documentary evidence as may be presented at the hearing on the motion.

Dated: October 13, 2021

AITKEN✦AITKEN✦COHN

By: /s/ Darren O. Aitken

DARREN O. AITKEN, ESQ.
Attorneys for Plaintiffs,
CHRISTOPHER CHESTER, individually and as Successor in Interest to SARAH CHESTER and PAYTON CHESTER, deceased; HAYDEN CHESTER, a minor by and through his Guardian ad Litem, Christopher Chester; RILEY CHESTER, a minor by and through his Guardian ad Litem, Christopher Chester