ROBB & ROBB LLC
1200 Main Street, Ste. 3900
Kansas City, MO 64105
816-474-8080

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VANESSA BRYANT, individually and as Successor in Interest to KOBE BRYANT, Deceased; VANESSA BRYANT as Successor in Interest to GB, a minor, deceased; NATALIA BRYANT, individually as Surviving Child of KOBE BRYANT; BB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; and CB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT, et al.<br><br>        Plaintiffs,<br><br>        vs.<br><br>ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; ISLAND EXPRESS HOLDING CORP., a California Corporation; and DOE 1, as Personal representative of and/or Successor in Interest to ARA GEORGE ZOBAYAN, a California resident,<br><br>        Defendants. | Case No. 2:20-cv-08953 FMO (PVCx)<br><br>Consolidated with:<br>*Altobelli* 2:20-cv-08954-FMO-PVC<br>*Mauser* 2:20-cv-08955-FMO-PVC<br>*Chester* 2:20-cv-08956-FMO-PVC<br><br>**<u>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXCUSE ATTENDANCE OF MINOR PLAINTIFFS AT HEARING</u>**<br><br>**Hon. Fernando M. Olguin** |

| | |
|---|---|
| 1 | ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; and ISLAND EXPRESS HOLDING CORP., a California Corporation. |
| 2 | |
| 3 | |
| 4 | Third-Party Plaintiffs, |
| 5 | vs. |
| 6 | UNITED STATES OF AMERICA; and ROES 1 through 50, |
| 7 | Third-Party Defendants. |

## ORDER GRANTING PLAINTIFFS UNOPPOSED MOTION TO EXCUSE ATTENDANCE OF MINOR PLANTIFFS AT HEARING

Plaintiffs have submitted their Motion to Excuse Attendance of Minor Plaintiffs at Hearing. The Motion is unopposed.

The Court finds that there is good cause to excuse minors BB, CB, HC, RC, PM, TM, and IM from attendance at the hearing on Plaintiffs' motions to approve minors' settlements, scheduled for November 18, 2021, at 10:00 a.m. Accordingly, the above-listed minors are excused from attending the aforementioned hearing.

**IT IS SO ORDERED.**

Dated: October 26, 2021

/s/
_____
**HONORABLE FERNANDO M. OLGUIN**
**UNITED STATES DISTRICT JUDGE**