GARY C. ROBB *(pro hac vice)*
gcr@robbrobb.com
ANITA PORTE ROBB *(pro hac vice)*
apr@robbrobb.com
ANDREW C. ROBB *(pro hac vice)*
acr@robbrobb.com
BRITTANY SANDERS ROBB *(pro hac vice)*
bsr@robbrobb.com
**ROBB & ROBB LLC**
One Kansas City Place
1200 Main Street, Suite 3900
Kansas City, Missouri 64105
Telephone:   (816) 474-8080
Facsimile:   (816) 474-8081

BRAD D. BRIAN (State Bar No. 79001)
brad.brian@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3701
Telephone:   (213) 683-9100
Facsimile      (213) 687-3702

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BRYANT, individually and as Successor in Interest to KOBE BRYANT, Deceased; VANESSA BRYANT as Successor in Interest to GB, a minor, deceased; NATALIA BRYANT, individually as Surviving Child of KOBE BRYANT; BB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; and CB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; ISLAND EXPRESS HOLDING CORP., a California Corporation; and DOE 1, as Personal representative of and/or Successor in | Case No. 2:20-cv-08953 FMO (PVCx)<br><br>**JOINT STIPULATION OF**<br>**DISMISSAL WITH PREJUDICE**<br><br><br>Honorable Fernando M. Olguin |

Interest to ARA GEORGE ZOBAYAN, a California resident,

    Defendants.

_____

ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; and ISLAND EXPRESS HOLDING CORP., a California Corporation.

    Third-Party Plaintiffs,

vs.

UNITED STATES OF AMERICA, and DOES 1 through 50,

    Third-Party Defendants.

Plaintiffs Vanessa Bryant, individually as Surviving Spouse of Kobe Bryant; Vanessa Bryant, as Successor in Interest to GB; Natalia Bryant, individually as Surviving Child of Kobe Bryant; BB and CB, minors, through their Natural Mother and Guardian Ad Litem, Vanessa Bryant, do now dismiss their action pursuant to Fed. R. Civ. Proc. 41(a)(1)(a)(ii).

Now that Defendants have discharged and fulfilled the terms of the settlement agreement, Plaintiffs' voluntary dismissal is with prejudice. This dismissal with prejudice applies to Plaintiffs' Complaint only.

**IT IS SO STIPULATED.**

DATED: December 6, 2021    **ROBB & ROBB LLC**

    By:  */s/ Gary C. Robb*
          GARY C. ROBB*
          ANITA PORTE ROBB*
          ANDREW C. ROBB*
          BRITTANY SANDERS ROBB*
          *Pro Hac Vice*

ROBB & ROBB LLC
1200 Main Street, Ste. 3900
Kansas City, MO 64105
816-474-8080

|   |   |
|---|---|
|   | BRAD D. BRIAN<br>**MUNGER, TOLLES & OLSON LLP** |
|   | Attorneys for Plaintiffs |
| DATED:  December 6, 2021 | **CUNNINGHAM SWAIM, LLP** |
|   | By:  */s/ Ross Cunningham*<br>ROSS CUNNINGHAM*<br>DON SWAIM*<br>MICHAEL J. TERHAR<br>D. TODD PARRISH<br>* *Pro Hac Vice* |
|   | Attorneys for Defendants ISLAND EXPRESS HELICOPTERS, Inc., and ISLAND EXPRESS HOLDING CORP. |
| DATED:  December 6, 2021 | **LEADER BERKON COLAO & SILVERSTEIN LLP** |
|   | By:  */s/ Arthur I. Willner*<br>ARTHUR I. WILLNER<br>RAYMOND L. MARIANI<br>OLGA G. PENA |
|   | Attorneys for Defendant BERGE ZOBAYAN as Successor in Interest for ARA GEORGE ZOBAYAN |
| DATED:  December 6, 2021 | **THE RYAN LAW GROUP** |
|   | By:  */s/ Timothy J. Ryan*<br>TIMOTHY J. RYAN<br>REBEKKA R. MARTORANO |
|   | Attorneys for OC HELICOPTERS, LLC |

ROBB & ROBB LLC
1200 Main Street, Ste. 3900
Kansas City, MO 64105
816-474-8080

**ATTESTATION CLAUSE**

I, GARY C. ROBB, am the ECF User whose ID and password are being used to file in this STIPULATION CONTINUING RULE 26(f) SCHEDULING CONFERENCE. In compliance with L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 6, 2021

By: */s/ Gary C. Robb*
    GARY C. ROBB

Attorney for PLAINTIFFS

ROBB & ROBB LLC
1200 Main Street, Ste. 3900
Kansas City, MO 64105
816-474-8080