JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BRYANT, et al.,          )<br>                                  )<br>           Plaintiffs,            )<br>                                  )<br>      v.                          )<br>                                  )<br> ISLAND EXPRESS HELICOPTERS,      )<br> INC., et al.,                    )<br>                                  )<br>           Defendants.            )<br>                                  ) | Case No. CV 20-8953 FMO (PVCx)<br><br>**ORDER DISMISSING ACTION** |

    Having reviewed the docket in this case and pursuant to (1) the Joint Stipulation of Dismissal With Prejudice (Dkt. 121) filed by plaintiffs Vanessa Bryant, individually as Surviving Spouse of Kobe Bryant, Vanessa Bryant, as Successor in Interest to GB, Natalia Bryant, individually as Surviving Child of Kobe Bryant, and BB and CB, minors, through their Natural Mother and Guardian Ad Litem, Vanessa Bryant, (collectively, "Bryant plaintiffs"), and defendants Island Express Helicopters, Inc., Island Express Holding Corp., Berge Zobyan as Successor in Interest for Ara George Zobayan, and OC Helicopters, LLC; (2) the Joint Stipulation of Dismissal With Prejudice (Dkt. 136) filed by plaintiffs John James Altobelli, an individual and as Successor in Interest to John Altobelli and Alyssa Altobelli, and Alexis Altobelli, an individual and as Successor in Interest to John Altobelli, Alyssa Altobelli and Keri Altobelli (collectively, "Altobelli plaintiffs"), and defendants Island Express Helicopters, Inc., Island Express Holding Corp., and OC Helicopters, LLC dismissing claims against "all defendants"; (3) the Joint Stipulation of

1  Dismissal With Prejudice (Dkt. 138) filed by plaintiffs Matthew Mauser, an individual and as
2  Successor in Interest to Christina Mauser, I.M., a minor, by and through her Guardian ad Litem,
3  Matthew Mauser, P.M., a minor, by and her through her Guardian ad Litem, Matthew Mauser, and
4  T.M., by and her through her Guardian ad Litem, Matthew Mauser (collectively, "Mauser
5  plaintiffs"), and defendants Island Express Helicopters, Inc., Island Express Holding Corp., and
6  OC Helicopters, LLC dismissing claims against "all defendants"; and (4) the United States of
7  America's Request for Status Conference [] (Dkt. 129, "Request"),[1] IT IS ORDERED THAT:

8      1.  All claims by the Bryant plaintiffs, Altobelli plaintiffs, and Mauser plaintiffs, and all
9  defendants, are hereby **dismissed** from this action with prejudice.

10     2.  Island Express Helicopters, Inc. and Island Express Holding Corp.'s claims are
11 dismissed without prejudice.

12 Dated this 28th day of December, 2021.

                                      /s/
                            Fernando M. Olguin
                       United States District Judge

---

[1] There is no operative pleading against the government. The court's consolidation order explained that "Local Rule 15-2 requires that an amended pleading be complete in and of itself without reference to any prior pleading[,]" and that "as a general rule, an amended pleading supersedes the original pleading." (Dkt. 65, Court's Order of May 24, 2021, at 2). However, defendants Island Express Helicopters Inc. and Island Express Holding Corp. did not file an amended cross-complaint, answer, or other response to plaintiffs' consolidated complaint. (See, generally, Dkt.); (see also Dkt. 129, Request at 4-5).