# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Sports Academy, LLC Sports Academy/The Hartford Accident & Indemnity Company

Name(s) of counsel (if any):

> Barry W. Ponticello
> England Ponticello & St. Clair

Address: 701 B Street, Suite 1790, San Diego, CA 92101

Telephone number(s): (619) 255-6450

Email(s): bponticello@eps-law.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Matthew Mauser, an individual and Successor in Interest to Christina Mauser; PM, a minor by and through his Guardian ad Litem Matthew Mauser; TM, a minor by and through his Guardian ad Litem Matthew Mauser;

Name(s) of counsel (if any):

> Kevin R. Boyle; Brian J. Panish; Marguerite S. Samvictores
> Panish Shea & Boyle

Address: 11111 Santa Monica Blvd., Ste. 700, Los Angeles, CA 90025

Telephone number(s): (310) 477-1700

Email(s): boyle@psblaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**                                    1                             *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:
IM, a minor by and through her Guardian ad Litem Matthew Mauser

Name(s) of counsel (if any):
Kevin R. Boyle; Brian J. Panish; Marguerite S. Samvictores
Panish Shea & Boyle

Address: 11111 Santa Monica Blvd., Ste. 700, Los Angeles, CA 90025

Telephone number(s): (310) 477-1700

Email(s): boyle@psblaw.com

Name(s) of party/parties:
Island Express Helicopters, Inc.; and Island Express Holding Corp.

Name(s) of counsel (if any):
Michael J. Terhar; Ross Cunningham; Don Swaim; D. Todd Parrish; Jonathan Humbree of Cunningham & Swaim, LLP

Address: 2 North Lake Avenue, Ste. 550, Pasadena, CA 91101

Telephone number(s): (626) 765-3000

Email(s): rcunningham@cunninghamswaim.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                         2                              *New 12/01/2018*