

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

January 18, 2022

| | |
|---|---|
| No.: | 22-55085 |
| D.C. Nos.: | 2:20-cv-08953-FMO-PVC, 2:20-cv-08954-FMO-PVC, 2:20-cv-08955-FMO-PVC, 2:20-cv-08956-FMO-PVC, |
| Short Title: | Vanessa Bryant, et al v. Island Express Helicopters, In, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 18 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VANESSA BRYANT, Individually and as Successor in Interest to Kobe Bryant, Deceased and as Successor in Interest to GB, a minor, deceased; NATALIA BRYANT, individually as Surviving Child of Kobe Bryant; B. B., a minor, by her Natural Mother and Guardian Ad Litem, Vanessa Bryant; C. B., a minor, by her Natural Mother and Guardian Ad Litem, Vanessa Bryant; CHRISTOPHER CHESTER, Individually and as Successor in Interest to Sarah Chester and PC, a minor, deceased; H. C., a minor, by and through his Guardian Ad Litem Christopher Chester; R. C., a minor, by and through his Guardian Ad Litem Christopher Chester; JOHN JAMES ALTOBELLI, an individual and as Successor in Interest to AA, a minor, John Altobelli, and Keri Altobelli; ALEXIS ALTOBELLI, individually as Surviving Child of John and Keri Altobelli; MATTHEW MAUSER, an individual and as Successor in Interest to Christina Mauser; P. M., a minor by and through her Guardian Ad Litem Matthew Mauser; T. M., a minor by and through her Guardian Ad Litem Matthew Mauser; I. M., by and through her Guardian Ad Litem Matthew Mauser, | No. 22-55085<br><br>D.C. Nos.<br><br>2:20-cv-08953-FMO-PVC,<br>2:20-cv-08954-FMO-PVC,<br>2:20-cv-08955-FMO-PVC,<br>2:20-cv-08956-FMO-PVC,<br><br>U.S. District Court for Central California, Los Angeles<br><br>**TIME SCHEDULE ORDER** |

      Plaintiffs - Appellees,

 v.

SPORTS ACADEMY, LLC SPORTS ACADEMY / THE HARTFORD ACCIDENT AND INEMNITY COMPANY, Proposed: Plaintiff-in-Intervention,

    Intervenor - Appellant,

 v.

ISLAND EXPRESS HELICOPTERS, INC., a California corporation; ISLAND EXPRESS HOLDING CORPORATION, a California corporation; OC HELICOPTERS, LLC; THE ESTATE OF ARA GEORGE ZOBAYAN; GEORGE ZOBAYAN, a California Resident; BERGE ZOBAYAN, as Personal Representative of and/or Successor in Interest to Ara George Zobayan,

    Defendants - Appellees,

 v.

UNITED STATES OF AMERICA,

  Third-party-defendant - Appellee.

The parties shall meet the following time schedule.

| | |
|---|---|
| **Tue., January 25, 2022** | Appellant's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., March 21, 2022** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Thu., April 21, 2022** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7