WYLIE A. AITKEN, ESQ. (SBN 37770)
DARREN O. AITKEN, ESQ. (SBN 145251)
MICHAEL A. PENN, ESQ. (SBN 233817)
AITKEN♦AITKEN ♦COHN
3 MACARTHUR PLACE, SUITE 800
P.O. BOX 2555
SANTA ANA, CA  92707-2555
(714) 434-1424/(714) 434-3600 FAX

Attorneys for Plaintiffs, CHRISTOPHER CHESTER, individually and as Successor in Interest to SARAH CHESTER and PAYTON CHESTER, deceased; HAYDEN CHESTER, a minor by and through his Guardian ad Litem, Christopher Chester; RILEY CHESTER, a minor by and through his Guardian ad Litem, Christopher Chester

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BRYANT, individually and as Successor in Interest to KOBE BRYANT, Deceased; VANESSA BRYANT as Successor in Interest to GB, a minor, deceased; NATALIA BRYANT, individually as Surviving Child of KOBE BRYANT; BB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; and CB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT,,<br><br>Plaintiff,<br><br>v.<br><br>ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; ISLAND EXPRESS HOLDING CORP., a California Corporation; and BERGE ZOBAYAN as Personal Representative of and/or Successor in Interest to ARA GEORGE ZOBAYAN, a California Resident,,<br><br>Defendant. | CASE NO:  CV 20-8953(lead case) consolidated with CV 20-895; CV 20-cv-8955; and CV 20-8956<br><br>JUDGE:  HON. FERNANDO M. OLGUIN<br>CTRM: 6D<br><br>**MOTION FOR APPLICATION FOR WITHDRAWAL OF RC's SETTLEMENT FUNDS FROM THE FEDERAL REGISTRY; [PROPOSED] ORDER**<br><br>**[Served concurrently with Application for withdrawal of funds from Federal Registry, Declaration of RC, and Proposed Order]**<br><br>Complaint Filed:  5/11/20 |

1

**MOTION FOR APPLICATION FOR WITHDRAWAL OF RC's SETTLEMENT FUNDS**

| | |
|---|---|
| CHRISTOPHER CHESTER, individually and as Successor in Interest to SARAH CHESTER and PAYTON CHESTER, deceased; HAYDEN CHESTER, a minor by and through his Guardian ad Litem, Christopher Chester; RILEY CHESTER, a minor by and through his Guardian ad Litem, Christopher Chester,<br><br>          Plaintiff,<br><br>vs.<br><br>ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; ISLAND EXPRESS HOLDINGS CORP., a California Corporation; THE ESTATE OF ARA GEORGE ZOBAYAN; and DOES 1-100, inclusive,<br><br>          Defendants.<br><br>And All Related Actions. | Trial Date: 11/8/21 |

TO THE CLERK OF THE US DISTRICT COURT:

Plaintiff, RC, moves the Court for an order directing the Clerk of the Court to disburse the settlement funds held in the registry of the Court to Plaintiff as identified in the signed order (Docket No. 113) approving the minors compromise sealed by the Court (Docket Number 94-13).

The minor reached the age majority on March 31, 2022 and is entitled to his settlement funds.

Upon disbursement of the amount of settlement proceeds to the Plaintiff, there would be no additional funds left in the Federal Registry for RC.

Attached to this motion is an application for the withdrawal of funds which has been executed and sworn to by counsel for Plaintiff in this civil action, as well as a Declaration signed by the Plaintiff.

**MOTION FOR APPLICATION FOR WITHDRAWAL OF RC's SETTLEMENT FUNDS**

1  WHEREFORE, movant prays the Court to enter an order directing the Clerk
2  of the Court to make the disbursement(s) above set forth on March 31, 2022 or
3  shortly thereafter.

Dated: April 12, 2022                                    AITKEN♦AITKEN♦COHN

By:  /s/ Darren O. Aitken
     DARREN O. AITKEN, ESQ.
     Attorneys for Plaintiffs,
     CHRISTOPHER CHESTER,
     individually and as Successor in
     Interest to SARAH CHESTER and
     PAYTON CHESTER, deceased;
     HAYDEN CHESTER, a minor by
     and through his Guardian ad
     Litem, Christopher Chester;
     RILEY CHESTER, a minor by
     and through his Guardian ad
     Litem, Christopher Chester

**MOTION FOR APPLICATION FOR WITHDRAWAL OF RC's SETTLEMENT FUNDS**