WYLIE A. AITKEN, ESQ. (SBN 37770)
DARREN O. AITKEN, ESQ. (SBN 145251)
MICHAEL A. PENN, ESQ. (SBN 233817)
AITKEN✦AITKEN ✦COHN
3 MACARTHUR PLACE, SUITE 800
P.O. BOX 2555
SANTA ANA, CA  92707-2555
(714) 434-1424/(714) 434-3600 FAX

Attorneys for Plaintiffs, CHRISTOPHER CHESTER, individually and as Successor in Interest to SARAH CHESTER and PAYTON CHESTER, deceased; HAYDEN CHESTER, a minor by and through his Guardian ad Litem, Christopher Chester; RILEY CHESTER,  a minor by and through his Guardian ad Litem, Christopher Chester

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA BRYANT, individually and as Successor in Interest to KOBE BRYANT, Deceased; VANESSA BRYANT as Successor in Interest to GB, a minor, deceased; NATALIA BRYANT, individually as Surviving Child of KOBE BRYANT; BB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT; and CB, a minor, by her Natural Mother and Guardian Ad Litem, VANESSA BRYANT,,<br><br>Plaintiff,<br><br>v.<br><br>ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; ISLAND EXPRESS HOLDING CORP., a California Corporation; and BERGE ZOBAYAN as Personal Representative of and/or Successor in Interest to ARA GEORGE ZOBAYAN, a California Resident,,<br><br>Defendant. | CASE NO:  CV 20-8953(lead case) consolidated with CV 20-895; CV 20-cv-8955; and CV 20-8956<br><br>JUDGE:  HON. FERNANDO M. OLGUIN<br>CTRM: 6D<br><br>**APPLICATION FOR LEAVE TO FILE AMENDED ORDER UNDER SEAL**<br><br>**[filed concurrently with the declaration of Darren O, Aitken; Redacted version of Document Proposed to be Filed Under Seal; Unredacted version of Document Proposed to be Filed Under Seal; and [Proposed] Order]**<br><br>Complaint Filed:  5/11/20<br><br>Trial Date: 11/8/21 |
| CHRISTOPHER CHESTER, individually and as Successor in Interest | |

AITKEN✦AITKEN✦COHN
3 MACARTHUR PLACE, SUITE 800
SANTA ANA, CA 92707
714-434-1424
714-434-3600 FACSIMILE

♻ PRINTED ON RECYCLED PAPER

**1**

**APPLICATION FOR LEAVE TO FILE ORDER UNDER SEAL**

to SARAH CHESTER and PAYTON
CHESTER, deceased; HAYDEN
CHESTER, a minor by and through his
Guardian ad Litem, Christopher Chester;
RILEY CHESTER,  a minor by and
through his Guardian ad Litem,
Christopher Chester,

    Plaintiff,

  vs.

ISLAND EXPRESS HELICOPTERS,
INC., a California Corporation; ISLAND
EXPRESS HOLDINGS CORP., a
California Corporation; THE ESTATE
OF ARA GEORGE ZOBAYAN; and
DOES 1-100, inclusive,

    Defendants.

And All Related Actions.

TO THE CLERK OF THE US DISTRICT COURT:

  NOTICE IS HEREBY GIVEN that in accordance with Local Rule 79-5, of the Central District of California, Respondent hereby applies for an order permitting him to file under seal:

  1. Amended Order approving the Withdrawal of RC's Settlement Funds from the Federal Registry.

**REASONS SUPPORTING RELIEF REQUESTED**

  As explained in the accompanying Declaration of Darren O. Aitken, good cause exists to seal the Amended Order approving withdrawal of RC's Settlement Funds from the Federal Registry.  The sealing of this document is necessary in order to protect information that all parties to the action previously designated as confidential and proprietary, including settlement funds to minor plaintiffs that were previously sealed by the Court under Docket number 94.   The Fiscal

AITKEN✦AITKEN✦COHN
3 MACARTHUR PLACE, SUITE 800
SANTA ANA, CA 92707
714-434-1424
714-434-3600 FACSIMILE

♻ PRINTED ON
RECYCLED PAPER

**2**

**APPLICATION FOR LEAVE TO FILE ORDER UNDER SEAL**

Department is requiring an Order that sets forth the names and the exact amounts to be disbursed, rather than mere references to previously sealed documents.

## CONCLUSION

For the foregoing reasons, Respondent respectfully requests that the Court grant his application to file an Amended Order approving the withdrawal of the settlement funds to RC under seal which would identify the payable party by name and the amount he is to receive.

Dated: May 4, 2022                                        AITKEN✦AITKEN✦COHN

By:   /s/ Darren O. Aitken
      DARREN O. AITKEN, ESQ.
      Attorneys for Plaintiffs,
      CHRISTOPHER CHESTER,
      individually and as Successor in
      Interest to SARAH CHESTER and
      PAYTON CHESTER, deceased;
      HAYDEN CHESTER, a minor by
      and through his Guardian ad
      Litem, Christopher Chester;
      RILEY CHESTER,  a minor by
      and through his Guardian ad
      Litem, Christopher Chester

AITKEN✦AITKEN✦COHN
3 MACARTHUR PLACE, SUITE 800
SANTA ANA, CA 92707
714-434-1424
714-434-3600 FACSIMILE

♻ PRINTED ON
RECYCLED PAPER

**3**

**APPLICATION FOR LEAVE TO FILE ORDER UNDER SEAL**