1  WYLIE A. AITKEN, ESQ. (SBN 37770)
   DARREN O. AITKEN, ESQ. (SBN 145251)
2  MICHAEL A. PENN, ESQ. (SBN 233817)
   AITKEN✦AITKEN ✦COHN
3  3 MACARTHUR PLACE, SUITE 800
   P.O. BOX 2555
4  SANTA ANA, CA   92707-2555
   (714) 434-1424/(714) 434-3600 FAX
5

6  Attorneys for Plaintiffs, CHRISTOPHER CHESTER, individually and as Successor
7  in Interest to SARAH CHESTER and PAYTON CHESTER, deceased; HAYDEN
   CHESTER, a minor by and through his Guardian ad Litem, Christopher Chester;
8  RILEY CHESTER,  a minor by and through his Guardian ad Litem, Christopher
9  Chester

10                  UNITED STATES DISTRICT COURT
11                  CENTRAL DISTRICT OF CALIFORNIA
12

13  VANESSA BRYANT, individually and      )   CASE NO:  CV 20-8953(lead case)
    as Successor in Interest to KOBE       )   consolidated with CV 20-895; CV
14  BRYANT, Deceased; VANESSA              )   20-cv-8955; and CV 20-8956
    BRYANT as Successor in Interest to     )
15  GB, a minor, deceased; NATALIA         )
    BRYANT, individually as Surviving      )
16  Child of KOBE BRYANT; BB, a            )   JUDGE:  HON. FERNANDO M.
    minor, by her Natural Mother and       )   OLGUIN
17  Guardian Ad Litem, VANESSA             )   CTRM: 6D
    BRYANT; and CB, a minor, by her        )
18  Natural Mother and Guardian Ad Litem,  )
    VANESSA BRYANT,,                       )
19                                         )   **ORDER GRANTING**
                                           )   **APPLICATION FOR LEAVE**
20              Plaintiff,                 )   **TO FILE AMENDED ORDER**
                                           )   **UNDER SEAL**
21        v.                               )
                                           )
22  ISLAND EXPRESS HELICOPTERS,            )   Complaint Filed:  5/11/20
    INC., a California Corporation;        )
23  ISLAND EXPRESS HOLDING                 )
    CORP., a California Corporation; and   )   Trial Date: 11/8/21
24  BERGE ZOBAYAN as Personal              )
    Representative of and/or Successor in  )
25  Interest to ARA GEORGE ZOBAYAN,        )
    a California Resident,,                )
26                                         )
27              Defendant.                 )
                                           )
28 _____
                              **1**
   AMENDED ORDER APPROVING MOTION FOR APPLICATION FOR
   WITHDRAWAL OF RILEY CHESTER'S SETTLEMENT FUNDS

AITKEN✦AITKEN✦COHN
3 MACARTHUR PLACE, SUITE 800
SANTA ANA, CA  92707
714-434-1424
714-434-3600 FACSIMILE

✿ PRINT
   RECYCL

CHRISTOPHER CHESTER, individually and as Successor in Interest to SARAH CHESTER and PAYTON CHESTER, deceased; HAYDEN CHESTER, a minor by and through his Guardian ad Litem, Christopher Chester; RILEY CHESTER,  a minor by and through his Guardian ad Litem, Christopher Chester,

     Plaintiff,

  vs.

ISLAND EXPRESS HELICOPTERS, INC., a California Corporation; ISLAND EXPRESS HOLDINGS CORP., a California Corporation; THE ESTATE OF ARA GEORGE ZOBAYAN; and DOES 1-100, inclusive,

     Defendants.

And All Related Actions.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

  Respondent has filed with the Court an Application for Leave to File Under Seal and a supporting declaration. As set forth in Respondent's Application for Leave to File Under Seal, Respondents have lodged the following documents with this Court:

  1.  Amended Order approving the Withdrawal of RC's Settlement Funds from the Federal Registry.

  This application for leave to file under seal is narrowly tailored to seal only that material for which good cause to seal has been established.

  Accordingly, IT IS HEREBY ORDERED that the above identified documents are to be sealed.

Dated: May 9, 2022   By: /s/ _____

          Fernando M. Olguin,
          U.S. District Judge

**2**

AMENDED ORDER APPROVING MOTION FOR APPLICATION FOR WITHDRAWAL OF RILEY CHESTER'S SETTLEMENT FUNDS

AITKEN✦AITKEN✦COHN
3 MACARTHUR PLACE, SUITE 800
SANTA ANA, CA  92707
714-434-1424
714-434-3600 FACSIMILE

PRINT
RECYCL