UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 27 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

VANESSA BRYANT, Individually and as Successor in Interest to Kobe Bryant, Deceased and as Successor in Interest to GB, a minor, deceased; et al.,

       Plaintiffs-Appellees,

 v.

SPORTS ACADEMY, LLC SPORTS ACADEMY / THE HARTFORD ACCIDENT AND INEMNITY COMPANY, Proposed: Plaintiff-in-Intervention,

       Intervenor-Appellant,

 v.

ISLAND EXPRESS HELICOPTERS, INC., a California corporation; et al.,

       Defendants-Appellees,

 v.

UNITED STATES OF AMERICA,

       Third-party-defendant-Appellee.

No.   22-55085

D.C. Nos.
2:20-cv-08953-FMO-PVC
2:20-cv-08954-FMO-PVC
2:20-cv-08955-FMO-PVC
2:20-cv-08956-FMO-PVC
Central District of California, Los Angeles

ORDER

Appellant's motion (Docket Entry No. 16) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

LK/Pro Mo

2

This order served on the district court acts as the mandate of this court.

All other pending motions are denied as moot.

                                             FOR THE COURT:

                                             MOLLY C. DWYER
                                             CLERK OF COURT

                                             By: Linda K. King
                                             Deputy Clerk
                                             Ninth Circuit Rule 27-7